ALFRED MCZEAL
WORLD WIDE WALKIE TALKIE
833 WEST FIFTH ST, 26TH & 28TH FLOORS
LOS ANGELES, CA. 90071
PHONE: 1-888-833-2459 X801

JAMILEH MILLER
19733 E Union Dr
Centennial, CO 80015
Phone: 303-358-1190

LOFTON RYAN BURRIS
439 East 246th Place
Carson, Ca. 90745-6534
Phone Number: 310.834.6621

MARK S. MILLER
19733 E Union Dr
Centennial, CO 80015
Phone: 303-358-1190

NHUT HUY LE & CHAI MISTY LE
422 ELDRIDGE AVENUE EAST
MAPLEWOOD, MINNESOTA 55117
PHONE: 651-214-6274

MATTHEW DANE HAYNIE
575 28 1/2 RD, SUITE #42
GRAND JUNCTION CO 81501
PHONE: 970-210-0855

FULL NAME, ADDRESS. (INCLUDING ZIP CODE) & PHONE NUMBER

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2015 JUN 29 PH 2: 05

JEFF__ _ _OLWELL
CLERK

BY_____DEP. CLK

CASE NO: _15-CV-1381_

# UNITED STATES DISTRICT COURT

## DISTRICT OF COLORADO

ALFRED MCZEAL, UNITED STATES OF AMERICA, MARK S. MILLER, JAMILIEH MILLER, MATTHEW D. HAYNIE, NHUT HUY LE, CHAI MISTY LE, LOFTON RYAN BURRIS

v.                                    **PLAINTIFF(S)**

OCWEN LOAN SERVICING, LLC, MIDSOUTH BANK, NA, HREAL COMPANY, LLC., MIDSOUTH BANK SHARES, INC., L. J. ANGELLE, PHH MORTGAGE, WELLS FARGO BANK, NA, FEDERAL HOME LOAN MORTGAGE CORPORATION, J.P. MORGAN CHASE BANK, NA., US BANK, NATIONAL ASSOCIATION AS TRUSTEE FOR MORTGAGE PASS THROUGH CERTIFICATES SERIES 1998 R3, MORTGAGE ELECTRONIC REGISTRATION SYSTEM, DEUTSCHE BANK NATIONAL TRUST COMPANY, RBS FINANCIAL, Mackie ALTISOURCE,, Wolf Zientz & Mann, P.C, Schiller & Adam, P.A, Hinshaw & Culbertson, LLP., MCCARTHY & HOLTHUS, LLP., QUALITY LOAN SERVICES, Douglas A. Toleno, Kendra Wiley, Samuel R. Coleman & Ellen B. Silverman,

                                     **DEFENDANT(S)**

# CLASS ACTION
F.R.C.P 23.1

## JURY TRIAL DEMANDED
### CIVIL RIGHTS COMPLAINT
PURSUANT TO (Check All That Apply)

☑42 U.S.C §1983   ☑42 U.S.C §1985   ☑42 U.S.C §1986
☐Bivens v. Six Unknown Agents 403 U. S. 3 8 8 (197 1)
☑42 U.S.C §1981   ☐42 U.S.C §1981a   ☑42 U.S.C §1982

31 U.S.C. §§ 3729-3733

☑42 U.S.C. §1988 - *Proceedings In Vindication Of Civil Rights*
☐ Civil Rights Attorney's Fees Award Act of 1976, 42 U.S.C. § 1988
☑RULE 20 - PERMISSIVE JOINDER

## I. INTRODUCTION: NATURE OF THE CASE

**PLAINTIFFS' VERIFIED CLASS ACTION COMPLAINT FOR VIOLATION OF CIVIL & CONSTITUTIONAL RIGHTS QUIET TITLE, *FRAUD*, SECURITIES FRAUD, RACKETEERING, ILLEGAL FORECLOSURE, ILLEGAL EVICTION, CANCELLATION OF FALSE GRANT DEEDS, ILLEGAL ROBO-SIGNERS, CIVIL RIGHTS VIOLATIONS, *INVASION OF PRIVACY* & *REQUEST FOR ATTORNEY FEES UNDER 42 USC §1988***

This is a Civil Action brought by **ALFRED MCZEAL, UNITED STATES OF AMERICA, MARK S. MILLER, JAMILIEH MILLER, MATTHEW D. HAYNIE, NHUT HUY LE, CHAI MISTY LE, LOFTON RYAN BURRIS** pursuant to 42

USC §1988 proceeding in vindication of Civil Rights, Constitutional rights, privileges and immunities.

Defendants, and each of them, have intentionally engaged in a conspiracy to defraud, and deprive

plaintiffs of valuable property, and entered into a Civil conspiracy to unlawfully  interfere with and/or

deprive plaintiffs of rights protected under the Constitution of the United States of America.

The acts alleged herein arose from illegal acts stemming from the following unlawful acts: ***to wit:***

FRAUD, RACKETEERING, ILLEGAL FORECLOSURE, ILLEGAL EVICTIONS, INVASION OF PRIVACY, THEFT of properties , Wrongful Sheriff

Ejections Perpetrated by OCWEN, MIDSOUTH BANK, Wells Fargo Bank, N.A. and its agents, and the other named defendants occurring

between December through 28, 2012, through April 24, 2015, and at other times complained of herein, and for wanton and reckless disregard

for plaintiff property and civil rights under federal and state law, including 42 USC 1982, which defendants and each of them have conspired

to violate in an attempt to take over property which is not owned by defendants, for illegal Acts stemming from deceptive practices ,

Constitutional Violations, Invasion of Privacy, false claims against the government, debt harassment,  fraud against the United  States and

Intentional criminal activity and fraud against properties held in plaintiff's business trust.

# UNITED STATES DISTRICT COURT
# DISTRICT OF COLORADO

| | |
|---|---|
| ALFRED MCZEAL, UNITED STATES OF AMERICA, MARK S. MILLER, JAMILIEH MILLER, MATTHEW D. HAYNIE, NHUT HUY LE, CHAI MISTY LE, LOFTON RYAN BURRIS §§§§ | CASE NO:_____ |

**31 U.S.C. §§ 3729-3733**

_Racketeer Influenced and Corrupt Organizations Act (18 U.S.C §1961 et seq)_
_Complaint for Illegal Foreclosure / Illegal Evictions_
_Securities Fraud: Securities Act of 1933_
_(15 U.S.C §77a, et seq) Securities Exchange Act of 1934_
_Fair Debt Collections Practices Act 15 U.S.C. §1692–1692(a)_
_Consumer Credit Protection Act (15 U.S.C §1601 et seq)_
_Real Estate Settlement Procedures Act 12 U.S.C. §§ 2601–2617_
_Violations of Fair Housing Act 42 U.S.C. § 3601–3619_
_Home Owner Equity Procedures Act (HOEPA) 12 U.S.C. Chapter 49_
_Civil Action For Equal Rights Under Law) 42 U.S.C. §1981_
_Civil Action Deprivation of Rights  42 U.S.C. §1983_
_Conspiracy to Interfere with Civil Rights  42 U.S.C. §1985_
_Complaint to Cancel Fraudulent  Grant Deed/Foreclosure_
_The Declaratory Judgment Act - 28 U.S.C. §2201 - §2202_

**PLAINTIFF(S)**   vs.

OCWEN LOAN SERVICING, LLC.,,MIDSOUTH BANK, NA, HREAL COMPANY, LLC.,, MIDSOUTH BANK SHARES, INC., L. J. ANGELLE, PHH MORTGAGE, WELLS FARGO BANK, NA, FEDERAL HOME LOAN MORTGAGE CORPORATION, J.P. MORGAN CHASE BANK, NA,, US BANK, NATIONAL ASSOCIATION AS TRUSTEE FOR MORTGAGE PASS THROUGH CERTIFICATES SERIES 1998 R3, MORTGAGE ELECTRONIC REGISTRATION SYSTEM, DEUTSCHE BANK NATIONAL TRUST COMPANY, RBS FINANCIAL, Mackie ALTISOURCE,, Wolf Zientz & Mann, P.C, Schiller & Adam, P.A, Hinshaw & Culbertson, LLP., MCCARTHY & HOLTHUS, LLP., QUALITY LOAN SERVICES, Douglas A. Toleno, Kendra Wiley, Samuel R. Coleman & Ellen B. Silverman,

# CLASS ACTION
### F.R.C.P 23.1

**DEFENDANT(S)**

### JURY TRIAL DEMANDED

### PLAINTIFFS' VERIFIED COMPLAINT FOR VIOLATION OF CIVIL & CONSTITUTIONAL RIGHTS & REQUEST FOR ATTORNEY FEES UNDER 42 USC §1988

1.  This is a civil action and class action pursuant to Rule 23. Federal. Rules Civil Procedure, brought by the named plaintiff(s): "the class", members and beneficiaries of a business trust, against the named defendants, complaining of **FRAUD**, Securities Fraud, **Bank Fraud**, **Money Laundering**, _theft of real properties_, **theft by forgery**, theft by _ROBO-SIGNED grant deeds,_ **illegal** predatory practices, for a diabolical scheme to defraud, extort, to steal real property and money, in connection with the operation of illegal enterprises, stemming from illegal activities prohibited by the **R**acketeer **I**nfluenced and **C**orrupt **O**rganizations **A**ct (18 U.S.C §1961 et seq), by the **F**air **D**ebt **C**ollections **P**ractices **A**ct (15 U.S.C §1961 et seq) despicable conduct and _willful civil rights violations_. Plaintiffs seek a **Declaratory Judgment** declaring the despicable, and deplorable acts complained of herein to be unlawful in commerce and _to be returned to plaintiffs_.

2. Defendants has sought to steal by _fraud and deceit_ certain Real properties , _to wit_:
_PROPERTY ADDRESS(ES):_

**(1) 19733 E Union Dr Centennial, CO 80015, (2) 228 Red Mesa Heights Rd., Grand Junction, CO, (3) 2222 Irish Spring Dr., Houston, Texas 77067, (4) 315 Jackson St., Lafayette. LA. 70501, (5) 2007 Moeling St., Lake Charles, La. 70601, (6) 4745 Cutler Ave, Baldwin Park, CA, 91706, (7) 422 Eldridge Avenue East Maplewood, MN 55117,**

## TABLE OF CONTENTS

Original Complaint of **ALFRED MCZEAL, UNITED STATES OF AMERICA, MARK S. MILLER, JAMILIEH MILLER, MATTHEW D. HAYNIE, NHUT HUY LE, CHAI MISTY LE, LOFTON RYAN BURRIS** .......1

Nature Of The Case (*QUIET TITLE, FRAUD, RICO, FDCPA, CONSPIRACY, SECURITIES FRAUD, TILA*)..4

Relief Sought................................................................................................................................5

Jurisdiction and Venue................................................................................................................5

Parties: *The Plaintiff(s)* **ALFRED MCZEAL, UNITED STATES OF AMERICA, MARK S. MILLER, JAMILIEH MILLER, MATTHEW D. HAYNIE, NHUT H LE, CHAI M LE, LOFTON RYAN BURRIS** ...........6

    Plaintiff(s)        **MARK S. MILLER**       ..............................6

    Plaintiff(s)        **JAMILEH MILLER**       ..............................6

    Plaintiff(s)        **NHUT HUY LE & CHAI MISTY LE**    ..............................6

    Plaintiff(s)        **Lofton Ryan Burris**    ..............................7
                      **vs.**

    Defendant(s)    OCWEN LOAN SERVICING, LLC. MIDSOUTH BANK, NA, HREAL COMPANY, LLC.,.......7

    Defendant(s)    **MIDSOUTH BANK SHARES, INC., L. J. ANGELLE, PHH MORTGAGE**.......7

    Defendant(s)    **WELLS FARGO BANK, NA, FEDERAL HOME LOAN MORTGAGE CORPORATION, J.P. MORGAN CHASE, BANK, NA,**  .......7

    Defendant(s)    **US BANK, NATIONAL ASSOCIATION AS TRUSTEE FOR MORTGAGE PASS THROUGH CERTIFICATES SERIES 1998 R3, MORTGAGE ELECTRONIC REGISTRATION SYSTEM**.......8

    Defendants(s)    **DEUTSCHE BANK NATIONAL TRUST COMPANY, RBS FINANCIAL, ALTISOURCE,**  ..............................8

    Defendants(s)    **Mackie Wolf Zientz & Mann, P.C, Schiller & Adam, P.A, Hinshaw & Culbertson, LLP.,**  ..............................8

    Defendants(s)    **MCCARTHY & HOLTHUS, LLP., QUALITY LOAN SERVICES, Douglas A. Toleno**  ..............................9

    Defendants(s)    **Kendra Wiley, Samuel R. Coleman, Ellen B. Silverman**..............................10

Service of Process................................................................................................................11

Definitions................................................................................................................12

CLASS ACTION ALLEGATIONS................................................................................11

    *The Class*................................................................................11

    Multiple Questions of Law or Fact................................................................11.
Factual Allegations................................................................................................10
(*Quiet Title, FRAUD, Racketeering, Abusive Deceptive, and Unfair Business Practices*)

    *Factual Allegations Against*    **OCWEN LOAN SERVICING, LLC. MIDSOUTH BANK, NA, HREAL COMPANY, LLC.**  ...............12

    *Factual Allegations Against*    **MIDSOUTH BANK SHARES, INC., L. J. ANGELLE, PHH MORTGAGE**  ...............12

## TABLE OF CONTENTS

*Factual Allegations Against*    **WELLS FARGO BANK, NA, FEDERAL HOME LOAN MORTGAGE CORPORATION , J.P. MORGAN CHASE, BANK, NA,** ...............12

*Factual Allegations Against*    **US BANK, NATIONAL ASSOCIATION AS TRUSTEE FOR MORTGAGE PASS THROUGH CERTIFICATES SERIES 1998 R3, MORTGAGE ELECTRONIC REGISTRATION SYSTEM** ·············12

*Factual Allegations Against*    **DEUTSCHE BANK NATIONAL TRUST COMPANY, RBS FINANCIAL, ALTISOURCE,** ...............12

*Factual Allegations Against*    **Mackie Wolf Zientz & Mann, P.C, Schiller & Adam, P.A, Hinshaw & Culbertson, LLP.,** ...............12

*Factual Allegations Against*    **MCCARTHY & HOLTHUS, LLP., QUALITY LOAN SERVICES,  Douglas A. Toleno** ...............12

*Factual Allegations Against*    **Kendra Wiley, Samuel R. Coleman, Ellen B. Silverman**············12

**COUNT 1:** Complaint to *QUIET TITLE* & *ADVERSE POSSESSION*...................13

**COUNT 2:** Complaint for Multiple Acts of *FRAUD* and Negligent Misrepresentation..................16

    **Fraud #1 -**    **FRAUDULENT ASSIGNMENTS:  "SUBSTITUTION TRUSTEE DEEDS" (ROBO-SIGNERS)**    ......17-18

    **Fraud #2 -**    **FRAUDULENT INSTRUMENTS FILED IN COUNTY RECORDERS OFFICE**    ·····19-20

    **Fraud #3 -**    **FRAUDULENT EVICTION ACTION FILED IN STATE COURTS USING INSTRUMENTS FOR FORGERY AND CRIMINAL FRAUD**    ......21-22

    **Fraud #4**    **FRAUDULENT NOTICES TO VACATE BY DEFENDANTS**    .................23

    **Fraud #5**    **WRONGFUL SHERIFF NOTICES SERVED ON PLAINTIFFS TO VACATE AND WRONGFUL WRITS OF POSSESSIONS  AND WRONGFUL WRIT OF EXECUTIONS**    .................23

    **Fraud #6**    **FRAUDULENT ROBO-SIGNER - Liquenda Alloteu, L.J. Angelles,**    .................23

    **Fraud #7**    **FRAUDULENT ROBO-SIGNER - Bethany Hood**    .................23

    **Fraud #8**    **FRAUDULENT NOTICE OF DEFAULT RECORDED IN THE PUBLIC RECORD**.................23

    **Fraud #9**    **FORGED AND CRIMINAL INSTRUMENTS**    .................23

    **Fraud #10**    **SECURITIES FRAUD - FRAUDULENT & ABUSIVE VARIABLE RATE SUB-PRIME LOANS BY MORTGAGE ELECTRONIC REGISTRATION SYSTEM ("MERS")**    .................23

    **Fraud #11**    **FRAUDULENT AND FALSE CONVEYANCES FILED IN COUNTY AND COURT RECORDS**.................23

    **Fraud #12**    **FRAUDULENT CONVEYANCES TO THE NAMED DEFENDANTS BY MORTGAGE ELECTRONIC REGISTRATIONS SYSTEM (MERS)**    .................23

**COUNT 3**:  Violations of The Racketeer Influence Corrupt Organizations Act *(18 U.S.C §1961)*..........23

**COUNT 4**: Violations of Fair Debt Collections Practices Act *(15 U.S.C §1961 et seq)*..........................29

**COUNT 5**: Complaint to Violation of the Consumer Credit Protection Act *(15 U.S.C §1601 et seq)*..........33

**COUNT 6**:  Complaint for Securities Fraud  (15 U.S.C. *§77a*) et seq...................... 34

**COUNT 7**:  Violations of Home Owner Equity Protection Act 28 USC. *§12* USC *§4901* et ...................35

*Complaint of* ALFRED MCZEAL, UNITED STATES OF AMERICA, MARK S. MILLER, JAMILIEH MILLER, MATTHEW D. HAYNIE, NHUT HUY LE, CHAI MISTY LE, LOFTON RYAN BURRIS

**COUNT 8**   Civil Action For Equal Rights Under Law  (42 U.S.C. - §1981)..................................34

**COUNT 9**   Civil Action For Deprivation of Rights (42 U.S.C. -  §1982 §1983)..................................35

**COUNT 10**   Violations of **R**eal **E**state **S**ettlement **P**rocedures **A**ct (12. U.SC §2601-§2617)...........36

**COUNT 11**:  Complaint for Violation of **F**air **H**ousing **A**ct (42 U.S.C. §3601-§3619..........................37

**COUNT 12:** Breach of Duty of Good Faith & Fair Dealing................................................38

**COUNT 13:** Breach of Contract................................................................................39

**COUNT 14:** Tortious **Interference With Business**  Contracts...........................................40

**COUNT 15:**  Violations of      **Colorado**      **Deceptive Trade Practices** Laws......................42

**COUNT 16:**  **_Invasion of Privacy_**, U.S. Constitution & The Constitution of      **Colorado**    ..45

**COUNT 17:**  Action for **Trespass**..........................................................................43

**COUNT 18:**  **Civil Conspiracy** ...............................................................................44

**COUNT 19:**  Unjust Enrichment............................................................................45

**COUNT 20:**  Negligent Misrepresentation..............................................................46

**COUNT 21:**  Complaint to **CANCEL Fraudulent Grant Deeds & False Instruments**...................47

**COUNT 22:**   Complaint For Temporary/Permanent Injunction.......................................49

**COUNT 23:**   Complaint for **Declaratory Judgment**.................................................50

**Extreme** And **Outrageous Conduct**.................................................................51

**Punitive Damages**........................................................................................52

Computed Damages......................................................................................53

**Prayer For Relief**.........................................................................................54

**Exhibit Number**              **Exhibit List - Description of Exhibits to be presented at trial.**
  1         FRAUDULENT ASSIGNMENTS: "SUBSTITUTION TRUSTEE DEEDS" (ROBO-SIGNERS) & FRAUD AGAINST THE GOVERNMENT
  2         FRAUDULENT INSTRUMENTS FILED IN THE COUNTY RECORDERS OFFICE
  3         FRAUDULENT EVICTION ACTION FILED IN STATE COURTS USING INSTRUMENTS FOR FORGERY AND CRIMINAL FRAUD
  4         FRAUDULENT NOTICES TO VACATE BY DEFENDANTS
  5         WRONGFUL SHERIFF NOTICES SERVED ON PLAINTIFFS TO VACATE AND WRONGFUL WRITS OF POSSESSIONS  AND WRONGFUL WRIT OF EXECUTIONS
  6         FRAUDULENT ROBO-SIGNER - Liquenda Alloteu, L.J. Angelles,
  7         FRAUDULENT ROBO-SIGNER - Bethany Hood
  8         FRAUDULENT NOTICE OF DEFAULT RECORDED IN THE PUBLIC RECORD
  9         FORGED AND CRIMINAL INSTRUMENTS
  10        SECURITIES FRAUD - FRAUDULENT & ABUSIVE VARIABLE RATE SUB-PRIME LOANS BY MORTGAGE ELECTRONIC REGISTRATION SYSTEM ("MERS")
  11        FRAUDULENT AND FALSE CONVEYANCES FILED IN COUNTY AND COURT RECORDS
  11        FRAUDULENT AND FALSE CONVEYANCES FILED IN COUNTY AND COURT RECORDS
  12        FRAUDULENT CONVEYANCES TO THE NAMED DEFENDANTS BY MORTGAGE ELECTRONIC REGISTRATIONS SYSTEM (MERS)

*TABLE OF CONTENTS*

# NATURE OF THE CASE:

3.   This is a class action pursuant to F.R.C.P. 23.1 and Rule 20  brought by the plaintiff(s), *to wit*:
**ALFRED MCZEAL, UNITED STATES OF AMERICA, MARK S. MILLER, JAMILIEH MILLER, MATTHEW D. HAYNIE, NHUT HUY LE, CHAI MISTY LE, LOFTON RYAN BURRIS**

on behalf of themselves, and all other similarly situated persons living within the jurisdiction of the United States of America, to recover Money and Real property *stolen by way* of fraud, deceit, and dishonesty  of these "dirty and low down" defendants, their employees, agents, and legal representives, including all of the named and unknown defendants *to wit*:

OCWEN LOAN SERVICING, LLC., MIDSOUTH BANK, NA, HREAL COMPANY, LLC., MIDSOUTH BANK SHARES, INC., L. J. ANGELLE, PHH MORTGAGE, WELLS FARGO BANK, NA, FEDERAL HOME LOAN MORTGAGE CORPORATION,  J.P. MORGAN CHASE BANK, NA., US BANK, NATIONAL ASSOCIATION AS TRUSTEE FOR MORTGAGE PASS THROUGH CERTIFICATES SERIES 1998 R3, MORTGAGE ELECTRONIC REGISTRATION SYSTEM,DEUTSCHE BANK NATIONAL TRUST COMPANY, RBS FINANCIAL, Mackie ALTISOURCE., Wolf Zientz & Mann, P.C, Schiller & Adam, P.A, Hinshaw & Culbertson, LLP., MCCARTHY & HOLTHUS, LLP., QUALITY LOAN SERVICES, Douglas A. Toleno, Kendra Wiley, Samuel R. Coleman & Ellen B. Silverman

## RECOVERY OF PROPERTY:

4.  Plaintiffs further brings this actions for the immediate recovery of Real Property stolen by fraud, fraudulent instruments, unlawful transfer which resulted in grand theft of the Real Properties which ultimately robbed plaintiffs of the assets and in most cases actual possession, and the right to peacefully possess the properties, without undue harassment stemming from the unlawful acts fraudulent grant deeds, illegal sales, and other treacherous and unlawful acts of the defendants

## *MONEY DAMAGES RESULTING FROM FRAUD*

5.  These defendants, and its agents, employees, and legal representatives, have a bad habit and criminal active history of deploying ROBO SIGNERS, *false grant deeds*, fictitious persons, and fraudulent and other deceitful practices to steal Real Estate and Financial Assets which ultimately results in heinous crimes against the subject properties, properties held in plaintiff's trust, and a violation of plaintiffs Civil and Constitution Rights protected by state and federal laws.

## *INJUNCTIVE RELIEF*

6.  Plaintiffs DEMAND immediate relief  in the form of temporary restraining orders, and *permanent injunctions* for **trespass** resulting from the unlawful acts of trespass, foreclosure **fraud**, illegal evictions which have ultimately violated 42 U.S.C. §1981 Equal Rights Under Law, Civil Rights Violations (28 U.S.C. §1443), and Deprivation Of Plaintiffs Rights under (42 U.S.C. §1983).

# RELIEF SOUGHT:

**7.** The relief sought includes a declaratory judgment declaring defendants have no interest in the subject property, judgment for *money damages*, injunctive relief, actual damages, **damages for fraud,** unlawful Racketeering, **illegal debt harassment,** compensatory damages, punitive damages treble damages, the imposition of a constructive trust with tracing, cost of investigation and suit, interest, attorney fees, reversal of *fraudulent accounting entries*, cancellation of fraudulent liens, and a declaratory judgment declaring the acts committed to be unlawful in commerce, money damages for repeated violation of plaintiffs Constitutional rights.

# JURISDICTION:

**8.** Jurisdiction of this court over this complaint is premised upon 18 U.S.C. §1964(a), (b), (c), and (d) (*R*acketeer *I*nfluenced and *C*orrupt *O*rganizations), 15 U.S.C. §77a, Securities Act of 1933, 15 U.S.C. Subchapter V - Debt Collection Practices. Federal jurisdiction is also based on 28 U.S.C §1331 (federal question), 28 U.S.C §1337 (commerce). and *31 U.S.C. §3729-3733* Federal jurisdiction is further based upon the *C*onsumer Credit Protection Act 15 U.S.C §1601-1693, *R*eal *E*state *S*ettlement *P*rocedures *A*ct *12 U.S.C. §2601–§2617, Home Owner Equity Procedures A*ct (HOEPA) *12 U.S.C. §§ 2601–2617,* and the Common law of this State. This court has jurisdiction over the state law claims contained in this complaint under the doctrine of supplemental jurisdiction and has jurisdiction over all causes of action asserted under state and common law. Jurisdiction is further based upon section 1981 of the Civil Rights Act of 1866, and 28 U.S.C. §1343(4) which confers original jurisdiction upon this Court in a civil action to recover damages or to secure equitable or other relief under any Act of Congress providing for the protection of civil rights and 1331, which confers original jurisdiction upon this Court in a civil action arising under the Constitution of the United States, *Articles I, IV. IX, and XIV*, The amount in controversy exceeds $10,000.00 (ten thousand dollars)

## 9. SUPPLEMENTAL JURISDICTION

**This court has jurisdiction under state law causes of action pursuant to COLORADO Code Civ. Proc. and has the authority to determine the title issues in this case pursuant to Colorado Law.**

**This court has jurisdiction under the Uniform Deceptive Trade Practices Act -, INVASION OF PRIVACY & PRIVACY RIGHTS PROTECTED UNDER ARTICLE 1, §1 OF THE COLORADO CONSTITUTION**

# VENUE

**10.** Venue is proper in this District pursuant to 28 U.S.C §1391(b) and §1391(c), because Defendants can be found and conducts business within this judicial district, or because the cause of action has arisen and/or occurred within this district. The acts alleged herein are connected to and are alleged to have taken place within the district of this court.

## PARTIES AND RELATIONSHIPS:

**11.** This court has jurisdiction of the state law claims contained in this complaint under the doctrine of supplemental jurisdiction under 28 U.S.C. §1367. This court further has jurisdiction to state law claims asserted under the state law, including those claims asserted and based upon civil remedies available under state law on the following grounds:

**(a)** The causes of action or a part thereof accrued in this district in that defendants have engaged in false, fraudulent, misleading and deceptive acts and practices in trade and commerce in this county as set forth herein and are further subject to personal jurisdiction by this court.

**(b)** Defendants business or agents for the business was principally based in this district within the jurisdiction of this Court.

## THE PARTIES:

**12.** Plaintiff(s),   **ALFRED MCZEAL, UNITED STATES OF AMERICA, MARK S. MILLER, JAMILIEH MILLER, MATTHEW D. HAYNIE, NHUT HUY LE, CHAI MISTY LE, LOFTON RYAN BURRIS**

are American citizen(s)  residing in this judicial district or other districts within the United States and are all natural persons, beneficiaries of a business trust, and are consumers within the meaning of 15 U.S.C TITLE 15  CHAPTER 41 , SUBCHAPTER V  §1692a(3) and Consumer Protection Laws of this State. Plaintiffs herein are the _**equitable owners**_, of the Subject property, and have Paramount ownership and rights to possession to properties complained of herein.

**13.** Plaintiffs complains inter alia of _fraud_, _Fraud against Real Estate_, _Invasion of Privacy_, Unlawful Racketeering Acts, _fraudulent liens_ placed against plaintiff's Real Property, Abusive debt collection practices, (especially debts which are not owed to the defendants), fraudulent and deceptive practices of the defendants, including _accounting fraud_, and other unlawful and despicable acts committed in the course of being in contact with, or doing business the defendants.   At all times pertinent herein, plaintiff is a natural person, and individual consumer within the meaning of the Consumer Protections Laws of the United States and of this great State of ____Colorado____

**14.** Plaintiffs has suffered great harm as a result of the defendants wrongful, improper, fraudulent, and abusive misconduct, and seeks redress under the laws of the United States.

**15.** *Defendants* OCWEN LOAN SERVICING, LLC., MIDSOUTH BANK, NA, HREAL COMPANY, LLC., MIDSOUTH BANK SHARES, INC., L. J. ANGELLE, PHH MORTGAGE, WELLS FARGO BANK, NA, FEDERAL HOME LOAN MORTGAGE CORPORATION, J.P. MORGAN CHASE BANK, NA., US BANK, NATIONAL ASSOCIATION AS TRUSTEE FOR MORTGAGE PASS THROUGH CERTIFICATES SERIES 1998 R3, MORTGAGE ELECTRONIC REGISTRATION SYSTEM, DEUTSCHE BANK NATIONAL TRUST COMPANY, RBS FINANCIAL, Mackie ALTISOURCE., Wolf Zientz & Mann, P.C, Schiller & Adam, P.A, Hinshaw & Culbertson, LLP., MCCARTHY & HOLTHUS, LLP., QUALITY LOAN SERVICES, Douglas A. Toleno, Kendra Wiley, Samuel R. Coleman & Ellen B. Silverman

are at all times herein mentioned are Corporations, trusts, national banks, or mortgage companies,

or other financial institutions which transact business in this state, within the jurisdiction of this court

and maintain offices or satellite business terminals in this state.

**16.** The Defendants are further "debt collectors" within the meaning of 15 U.S.C TITLE 15

CHAPTER 41, SUBCHAPTER V §1692a(5) who collect debts as a part of its ongoing operations

and is also alleged to be *corrupt enterprises* within the meaning of 18 U.S.C 196(3) and §1962(c),

which engage in, or the activities of which affect, interstate commerce within the meaning of 18

U.S.C. §1962.

**17.** Defendant(s)    OCWEN LOAN SERVICING, LLC., MIDSOUTH BANK, NA, HREAL COMPANY, LLC.,    is/are   National Banking Institutions

doing business in this state, and within this judicial district. This defendant is wanted by all named

plaintiffs herein. Defendant Wells Fargo Bank, NA has a majority interest in the defendants

WELLS FARGO BANK, NA, as trustee for ABFC 2006-OPTI1 TRUST, ABFC ASSET-BACKED CERTIFICATE, SERIES, 2006-OPT1

**18.** Defendant(s)    MIDSOUTH BANK SHARES, INC., L. J. ANGELLE, PHH MORTGAGE    is/are   Trust or Remic Trust

doing business in this state, and within this judicial district. This defendant is wanted by all named

plaintiffs herein.

**19.** Defendant(s)    WELLS FARGO BANK, NA, FEDERAL HOME LOAN MORTGAGE CORPORATION, J.P. MORGAN CHASE, BANK, NA,    is/are   Corporate Entities

doing business in this state, and within this judicial district. This defendant is wanted by all named

plaintiffs herein. Defendant American Home Mortgage Servicing does business in this state.

This state, and operating in conspiracy with all of the named defendants.

**20.** Defendant(s)    US BANK, NATIONAL ASSOCIATION AS TRUSTEE FOR MORTGAGE PASS THROUGH CERTIFICATES SERIES 1998 R3, MORTGAGE ELECTRONIC REGISTRATION SYSTEM    is/are   Corporate Entities

doing business in this state, and within this judicial district. This defendant is wanted by all named

plaintiffs herein. TD SERVICES COMPANY is one of the main defendants and vehicle used to

steal relative to the real property transactions complained of herein together with Power Default Services

**21.** Defendant(s)      DEUTSCHE BANK NATIONAL TRUST      is/are      Corporate Entitites
COMPANY, RBS FINANCIAL, ALTISOURCE,

doing business in this state, and within this judicial district. This defendant is wanted by all named

plaintiffs herein.

**22.** Defendant(s)      Mackie Wolf Zientz & Mann, P.C, Schiller & Adam,      is/are      a limited liability partnership
P.A, Hinshaw & Culbertson, LLP.,

doing business in this state, and within this judicial district. This defendant is wanted by all named

plaintiffs herein.  Defendant Robert J. Jackson & Associates does business in this district with

with all of the defendants and is a corrupt organization that is used to unlawfully evict plaintiffs.

**23.** Defendant(s)      MCCARTHY & HOLTHUS, LLP., QUALITY LOAN      is/are      a Natural Person & a limited liability partnership
SERVICES,  Douglas A. Toleno

doing business in this state, and within this judicial district. This defendant is wanted by all named

plaintiffs herein.  Defendants operate in open conspiracy with all of the other named defendants,

including Wellsfargo Bank, NA

**24.** Defendant(s)      Kendra Wiley, Samuel R. Coleman, Ellen B.      is/are      a Natural Person
Silverman

doing business in this state, and within this judicial district. This defendant is wanted by all named

plaintiffs herein. Defendants Starrett, and Saginaw uses fictitious persons, and fictitious documents

explained in the fraud claims herein to unlawfully and unconstitutionally deprive persons of
property rights.

### _THE UNKNOWN DEFENDANTS_

**25.**  Defendants **DOE's 1 thru 100**  are **unknown defendants** and Plaintiffs are presently without

knowledge of the true names and capacities of defendants sued herein and therefore sues these

defendants by such fictitious names.  Plaintiff or Plaintiff's counsel will amend this complaint

to allege their true names and capacities when ascertained.

**26.**   Plaintiffs are informed and believes and thereon alleges that, at all times herein mentioned,

each of the defendants sued herein was the agent and/or employee of each of the remaining

defendants, and was at all times acting within the purpose and scope of such agency and

employment.

**27..**  For purposes of this complaint "defendant" means all named defendants, and where it is

alleged "defendant" committed unlawful acts, it means all of the defendants committed such acts.

## SERVICE OF PROCESS

**28.**  Service of process has been perfected by serving defendants at their respective addresses, places of residency, personal service, or through their last know registered agents, ***to wit***:

---

### LIST OF DEFENDANTS SERVED:

OCWEN LOAN SERVICING, LLC., MIDSOUTH BANK, NA, HREAL COMPANY, LLC.,

MIDSOUTH BANK SHARES, INC., L. J. ANGELLE, PHH MORTGAGE, WELLS FARGO BANK,

NA, FEDERAL HOME LOAN MORTGAGE CORPORATION,  J.P. MORGAN CHASE BANK,

NA,, US BANK, NATIONAL ASSOCIATION AS TRUSTEE FOR MORTGAGE PASS THROUGH

CERTIFICATES SERIES 1998 R3, MORTGAGE ELECTRONIC REGISTRATION SYSTEM,

DEUTSCHE BANK NATIONAL TRUST COMPANY, RBS FINANCIAL, Mackie ALTISOURCE,,

Wolf Zientz & Mann, P.C, Schiller & Adam, P.A, Hinshaw & Culbertson, LLP., MCCARTHY &

HOLTHUS, LLP., QUALITY LOAN SERVICES,  Douglas A. Toleno, Kendra Wiley, Samuel R.

Coleman & Ellen B. Silverman

# Definitions:

**29.** *"Plaintiff"* or *"Plaintiffs"* as used herein means *all* of the named plaintiffs namely:
ALFRED MCZEAL, UNITED STATES OF AMERICA, MARK S. MILLER, JAMILIEH MILLER, MATTHEW D. HAYNIE, NHUT HUY LE, CHAI MISTY LE, LOFTON RYAN BURRIS

**30.** *"Defendant"* or *"Defendants"* as used herein means *all* of the named defendants namely:

OCWEN LOAN SERVICING, LLC., MIDSOUTH BANK, NA, HREAL COMPANY, LLC., MIDSOUTH BANK SHARES, INC., L. J. ANGELLE, PHH MORTGAGE, WELLS FARGO BANK, NA, FEDERAL HOME LOAN MORTGAGE CORPORATION, J.P. MORGAN CHASE BANK, NA., US BANK, NATIONAL ASSOCIATION AS TRUSTEE FOR MORTGAGE PASS THROUGH CERTIFICATES SERIES 1998 R3, MORTGAGE ELECTRONIC REGISTRATION SYSTEM,DEUTSCHE BANK NATIONAL TRUST COMPANY, RBS FINANCIAL, Mackie ALTISOURCE., Wolf Zientz & Mann, P.C, Schiller & Adam, P.A, Hinshaw & Culbertson, LLP., MCCARTHY & HOLTHUS, LLP., QUALITY LOAN SERVICES, Douglas A. Toleno, Kendra Wiley, Samuel R. Coleman & Ellen B. Silverman

**31.** *"Class"* or *"Class Member"* means the individual named plaintiffs proceeding pro se, and/or

the entire class of similarly situated individuals residing within the jurisdiction of the Continental

United States.

**ALFRED MCZEAL, UNITED STATES OF AMERICA, MARK S. MILLER, JAMILIEH MILLER, MATTHEW D. HAYNIE, NHUT HUY LE, CHAI MISTY LE, LOFTON RYAN BURRIS**

**32.** *"Business Trust"* as used herein means the *Massachusetts Trust* form by the

plaintiffs, namely:

**The Outpost Trust**

**33.** *"Trust Members"* means any and members and plaintiff's who are beneficiaries of the trust,

or any other person, or entity having a financial interest or any interest in the Massachusetts

Business Trust (*"MBT"*).

**34.** **Trust Property** means any and all property held in trust and described herein in Exhibit "A"

including but not limited to personal property real property, causes of action, or any other

asset which may be lawfully held in a Massachusetts Business Trust, or any trust.

**35.** **"Dirty"** or **"Dirty Low Down"** means deceitful, fraudulent acts, omissions, or forged and

fraudulent instruments used to commit the fraudulent acts complained of here..

**36.** **"Dirty Deed"** or **"Dirty Instrument"** means an instrument or instruments that were falsely

manufactured, including but not limited forged instruments which violate the goverment

code.

**37.** ***ROBO-SIGNER***, means any process, fictitious or real person(s) who knowingly falsifies

affidavits, grant deeds, for filing in public record for purposes of stealing real property.

## CLASS ACTION *ALLEGATIONS*

38.   There are Class Action issues in this case which affect the class, and many individuals who are similarly situated and thus Plaintiffs substituted attorneys will seek certification of the following Class pursuant to Fed. R. Civ. P. 23(b)(2) and/or (3).

### THE CLASS

The class of persons who initiated, held or assumed mortgages with any of the defendants from ___2009___ to ___2015__ whose commercial paper was traded as Mortgage Backed Securities, or persons whose mortgages were converted to stock investments and subsequently transferred to Real Estate Trusts and who subsequently faced foreclosures and/or evictions, including those persons who were in Adverse Possession of Real Properties after illegal foreclosures *perpetrated with ROBO-SIGNERS*, false grant deeds, fictitious persons, or by other fraudulent methods, and all other persons who were victims of Bankruptcy Scams, foreclosure, and eviction lawsuits by defendants and persons who held Real Estate or stock assets with any of the defendants.

39. The Class has millions of people and is so numerous that joinder of all members is impracticable.

40. The Claims of the Plaintiffs are typical of the claims of the Class.

41. The named Plaintiffs will fairly and adequately protect the interest of the Class.

42. The Plaintiffs have no interest antagonistic to those of the Class, and they will retain counsel experienced in Consumer Class litigation to be substituted on a motion for substitution to be later filed by the plaintiffs' or plaintiffs' counsel.

43. Alternatively, in the interest of justice, and public interest, this Court may appoint competent and experienced class action counsel in maintaining this class action.

44. Defendants, and each of them, have acted or refused to act on grounds generally applicable to the Class.

45. Questions of law or fact Common to the Class predominate over questions affecting only individual Class Members.

46. A Class Action is Superior to all other forms of Adjudication.

## MULTIPLE QUESTIONS OF LAW OR FACT

**47.** There are multiple questions of law or fact that are common to the Class. These include, but are not limited to:

**(a)** Whether Mortgage endorsed and transferred by Mortgage Electronic Registrations Systems (MERS) during the applicable time period are Unenforceable.

**(b)** Whether Foreclosures initiated by third party trustees fraudulently assigned to mortgages are null and void.

**(c)** Whether Foreclosures performed by out of state trustees are unlawful when those trustees do not maintain offices in this state.

**(d)** Whether Foreclosures performed on Real Property after such property has been discharged in Real Estate or **REMIC** Trust constitute conversion, and double-dipping.

**(e)** Whether the False Representation of Mortgages held as Securities and not actually included in REMIC or other Trusts represent FRAUD and Securities Fraud.

**(f)** Whether the False representation of "*Holder in Due Course*" and Securities instruments used to foreclose properties is FRAUD, or FRAUD upon the Court.

**(g)** Whether foreclosures that utilize *ROBO-SIGNERS*, fraudulently created GRANT DEEDS, or any forged instruments are unenforeceable *represent fraud upon public record*, fraud against the plaintiffs, and fraud against Real Property.

**(h)** Whether Evictions that utilize *ROBO-SIGNERS*, fraudulently created GRANT DEEDS, or any forged instruments are unenforeceable *represent fraud upon public record*, *Fraud Upon the Court*, fraud against the plaintiffs, and fraud against Real Property.

**(i)** Whether the Claiming of Real Properties by virtue of a merger, and not by assignment, is sufficient to establish that defendants are the owner of any such property.

**(j)** Whether the filing of Unlawful Detainer Actions, Eviction Actions, or foreclosures without proper legal standing is a violation of plaintiffs's Civil and Constitutional rights.

**(j)** Whether any and all predatory sub-prime loans violate the Federal Truth in Lending Act, are fraudulent in nature, and are unenforceable as a matter of law.

**(k)** Whether insufficient disclosures by defendants is a violation of the Federal Real Estate Settlement Procedures Act & Federal Trust in Lending Laws.

## FACTUAL ALLEGATIONS

**FRAUD, Racketeering, Quiet Title, Abusive Deceptive Collections, and Unfair Business Practices**

**48.** In an harassing, and evil scheme to steal, and defraud Real Property of the Plaintiff(s), the named defendants, and each of them, individually, and collectively, _to wit_:

OCWEN LOAN SERVICING, LLC., MIDSOUTH BANK, NA, HREAL COMPANY, LLC., MIDSOUTH BANK SHARES, INC., L. J. ANGELLE, PHH MORTGAGE, WELLS FARGO BANK, NA, FEDERAL HOME LOAN MORTGAGE CORPORATION, J.P. MORGAN CHASE BANK, NA,, US BANK, NATIONAL ASSOCIATION AS TRUSTEE FOR MORTGAGE PASS THROUGH CERTIFICATES SERIES 1998 R3, MORTGAGE ELECTRONIC REGISTRATION SYSTEM, DEUTSCHE BANK NATIONAL TRUST COMPANY, RBS FINANCIAL, Mackie ALTISOURCE, Wolf Zientz & Mann, P.C, Schiller & Adam, P.A, Hinshaw & Culbertson, LLP., MCCARTHY & HOLTHUS, LLP., QUALITY LOAN SERVICES, Douglas A. Toleno, Kendra Wiley, Samuel R. Coleman & Ellen B. Silverman

_commenced a financial and Real Estate scam to unlawfully steal Real Property_ by forwarding and filing misleading and false instruments and/or by _filing fraudulent liens_, _false deeds_, forged grant deeds, and other _evil instruments_ which purport to convey property and title to defendants, but which in fact, _conveys absolutely nothing_; these instruments are ultimately used to steal & defraud.

**49.** These false instruments contained incorrect, misleading, erroneous and _manufactured information_, which **_cannot be traced back to,_** verified, or reconciled with any valid _UCC_ transaction relative to the subject real property identified on page 1 and Exhibit A of this complaint.

**50.** Moreover, these instruments are tools of fraud and _deception_ are self-serving instruments, which purport to claim to have legal rights to the subject property, but which in fact are _only fabricated instruments by the defendants_ for the sole purpose of creating "an interest" in the subject real property; but were wrongly and _**fraudulently manufactured**_ by the defendants in order to gain an unjust economic financial advantage over the plaintiffs as **_complained of herein and in Exhibit 1 thru 12 (the FRAUD claims)_**

**51.** One of the **_most appalling circumstances of the fraud_** in this case, is that the instruments used in the scam, has absolutely no basis of ownership to the defendants, does not actually convey property to the defendants, cannot be traced back to valid trustees, or _substitute trustees_, and _has no valid chain of succession of ownership_ to any of the named defendants.

**52.** Defendants used unlawful and unscrupulous methods of illegal _**fraudulent conveyances**_ to create a false interest in real property, fraudulently setting themselves up as "good faith purchasers, _**holders in due course,**_ but having only _**worthless "ghost notes"**_ which give defendants no rights over the subject properties what-so-ever.

## *FACTUAL ALLEGATIONS - ROUTINE USE OF FRAUD*

**53.** Defendants, and each of them, individually, and collectively, ***routinely use fraud to steal property*** from consumers, and used the same malicious, despicable, and fraudulent system to defraud public record, create a false interests in Real Property, including the Plaintiffs' Real Property, whereby defendants so called "interest" is actually and in reality only based on FRAUD, false **liens**, or *fraudulently manufactured deeds*, worthless ***fraudulent mortgages, or fraudulently securities instruments.***.

**54.** For example, ***each and every one of the named defendants*** have in Common false instruments, including the manufacturing of false instruments, fraud instruments fraudulently filed in the County Recorder office, such as Trustee Deeds Upon Sale, fraudulent Notice of Defaults, ROBO-SIGNED grant deeds, "dirty" deeds, false affidavits, affidavits signed by Robo Signers, Affidavit which were falsely notarized, representing notary fraud, and many other treacherous and misleading instruments, explicitly stated in herein, and which can be seen and witnessed in the attached Exhibits 1 thu 12, attached herein, and made a part hereof, and which paints a accurate portrait of defendants fraudulent and criminal activity, which gave rise to this class action complaint.

**55.** In all of these instances, these named defendants, and each of them, have absolutely no standing to proceed in foreclosure or eviction, but proceed under the guise of propriety, under false pretenses that it somehow owns interest in the subject properties, and mortgage notes complained of herein.

## FRAUDULENT & ILLEGAL EVICTIONS - *FRAUD UPON THE COURT*

**56.** In every instance herein, these same named defendants, individually, and collectively have filed improper and fraudulent Unlawful Detainer or frivolous eviction cases without standing, against the named plaintiffs in State Courts, including Superior Courts, falsely claiming the Right To Possession, but in fact is in essence committing **FRAUD** upon the Court because defendants evidence used in these proceedings is based wholly on the fraud described herein, and in Exhibits 1 though 12 and the ***fraud machine exhibits*** which has been attached to this complaint.

**THE CONSPIRACY**

OCWEN LOAN SERVICING, LLC., MIDSOUTH BANK, NA, HREAL COMPANY, LLC., MIDSOUTH BANK SHARES, INC., L. J. ANGELLE, PHH MORTGAGE, WELLS FARGO BANK, NA, FEDERAL HOME LOAN MORTGAGE CORPORATION, J.P. MORGAN CHASE BANK, NA., US BANK, NATIONAL ASSOCIATION AS TRUSTEE FOR MORTGAGE PASS THROUGH CERTIFICATES SERIES 1998 R3, MORTGAGE ELECTRONIC REGISTRATION SYSTEM, DEUTSCHE BANK NATIONAL TRUST COMPANY, RBS FINANCIAL, Mackie ALTISOURCE, Wolf Zientz & Mann, P.C, Schiller & Adam, P.A, Hinshaw & Culbertson, LLP., MCCARTHY & HOLTHUS, LLP., QUALITY LOAN SERVICES, Douglas A. Toleno, Kendra Wiley, Samuel R. Coleman & Ellen B. Silverman

**57.** The above named Defendants conspired among themselves, had a "meeting of the minds",

an agreed to conduct, and did conduct an *insidious fraud campaign* against the plaintiff and

the subject real property *identified on Page 1 and Exhibit A of this complaint*, which said fraud

campaign consisted of *highly illegal criminal methods*, and *unlawful transfers* which includes,

*methods of forgery, and fraud*, and is not limited to all of the following *despicable acts*:

☑ (a) Manufacturing of *False & forged Instruments* to defraud Real Property, and,

☑ (b) Recording False Instruments into Real Property records, and,

☑ (c) Fraudulently misrepresenting itself as the Holder in Due Course of a

mortgage note, which falsely gives itself right to the subject property,

☑ (d) Fraudulently **staging false foreclosure sales** and misrepresenting itself as

the "highest bidder" or purchaser of the property at a foreclosure sale or auction.

**58.** Defendants unlawful and unscrupulous methods of illegal *fraudulent conveyances* to

unauthorized individuals, *third party fraudsters*, and/or *fictious individuals*, and other types

of "*ghost entities*", *forged instruments*, *including robo signers*, all of which were illegally used

to create a false interest in plaintiff's real property as identified on page 1 of this complaint.

**59.** The third party fraudsters, fictious individuals, and ghost entities, (hereinafter "the ghost")

are used in the scam to create, modify, sign, and execute *false foreclosures*, *false documents*,

and *forged instruments* related to the subject property which is subsequently fraudulently filed

into public property record which ultimately creates a **false lien** or unlawful *cloud over the title*.

**60.** The "*holders in due course*" scam, as explained more fully herein employs "*ghost notes*"

*fake mortgages, non-originals, unverified instruments* to substantiate defendants right or

claim to the subject property. *Defendants are unable to produce any real note in its*

*possession,* nor, has any such possession of any "blue ink" original note, and has committed a

fraud against the subject property, and has *slandered the title, causing losses to plaintiff(s).*

**61.** Defendants outrageous acts constitute *Conversion,* **FRAUD**, and *Unjust Enrichment*.

## General Allegations Against All Defendants:

62. The previous paragraphs, and *Exhibits 1 through 12*, including the fraud claims are incorporated herein by reference as if fully setforth herein. The following *nonexclusive list* of unlawful acts were committed *by* the above *named defendant*, and in furtherance of the insidious fraud campaign against the plaintiffs, and properties complained of held in trust by the plaintiffs.

(a) Defendant(s) and each of them individually, committed the fraud, or conspired to commit 1 or more fraudulent acts against the Trust Properties complained of in Exhibits 1 through 12..

(b) DEFENDANTS USED & DEPLOYED *ROBO-SIGNERS* TO *COMMIT FRAUD* AGAINST THE REAL PROPERTIES COMPLAINED HEREIN.

(c) DEFENDANT MANUFACTURED *FRAUDULENT NOTICE OF DEFAULTS* AND RECORDED THESE FRAUDULENT INSTRUMENTS CLAIMING FALSE INTEREST IN THE PROPERTIES.

(d) DEFENDANTS *COMMITTED CRIMINAL FORGERY* BY USING ROBOSIGNERS, TO SIGN AND CREATE FRAUDULENT INSTRUMENTS FOR FILING IN PUBLIC RECORD

(e) DEFENDANTS AND EACH OF THEM *COMMITTED THE FRAUD IN EXHIBITS 1 THROUGH 12*, INCLUDING THE FRAUD MACHINE, ATTACHED TO THIS COMPLAINT

(f) DEFENDANTS HAVE *ILLEGALLY FORECLOSED* & *UNLAWFULLY SEIZED* PROPERTY UNLAWFULLY

(g) DEFENDANTS HAVE ILLEGALLY *PERFORMED EVICTIONS* & HAVE *VIOLATED THE CIVIL AND CONSTITUTIONAL RIGHTS OF THE PLAINTIFFS, AND THE CLASS.*

(h) DEFENDANTS HAVE *PERPETRATED FRAUDS UPON STATE & FEDERAL COURTS*, AND BANKRUPTCY COURTS BY FILING AND FRAUDULENT DOCUMENTS IN JUDICIAL PROCEEDINGS.

(i) DEFENDANTS HAVE OPERATED INCONSPICUOUSLY WITH PUBLIC SERVANTS SUCH AS POLICE OFFICERS TO *UNLAWFULLY VIOLATE PLAINTIFF CONSTITUTIONAL RIGHTS*

(j) DEFENDANTS HAVE *UNLAWFULLY TRESPASS THE PROPERTY, AND PROPERTY RIGHTS* OF THE PLAINTIFF BY UNLAWFULLY ENTERING WITHOUT AUTHORIZATION

(k) DEFENDANTS *MANUFACTURED FALSE SALES* AND *FALSE TRUSTEE DEEDS UPON SALE* WHICH *RESULT IN CRIMINAL CONVERSION OF REAL PROPERTY.*

(l) DEFENDANTS HAVE *HELD FALSE AND FRAUDULENT FORECLOSURE SALES* WHICH HAVE *RESULTED IN GRAND THEFT OF THE SUBJECT PROPERTIES.*

**OCWEN LOAN SERVICING, LLC., MIDSOUTH BANK, N.A., HREAL COMPANY, LLC.,**

63. The previous paragraphs, and *Exhibits 1 through 12*, including the fraud claims are incorporated herein by reference as if fully setforth herein. The following *nonexclusive list* of unlawful acts were committed *by* the above *named defendant*, and in furtherance of the insidious fraud campaign against the plaintiffs, and properties complained of held in trust by the plaintiffs.

### ILLEGAL SALE & OWNERSHIP

(a) Defendant(s) and each of them individually, committed the fraud, or conspired to commit 1 or more fraudulent acts against the Trust Properties complained of in Exhibits #1 through 12.

(b) Wells Fargo Bank, NA Conspired with the other named defendants to commit the fraud complained of in Exhibits 1 through 12 and the other unlawful acts complained of herein

(c) Wells Fargo Bank, NA Conspired and the other named defendants committed a false lien on the subject property for purposes of claiming ownership of the subject property.

(d) Wells Fargo Bank, NA conspired with the other named defendants to put an unlawful cloud over the property complained of in this lawsuit.

(e) Wells Fargo Bank, NA conspired with the other named defendants to file fraudulent evictions against plaintiffs to unlawfully deprive plaintiff of possession of the subject property.

(f) Wells Fargo Bank, NA participated in a scam with the other defendants to deploy the ROBO-SIGNING scams to unlawfully convey property to itself.

(g) Wells Fargo Bank, NA participated with defendants, and notary public to falsify documents used to transfer ownership to it as complained of in the fraud claims in this complaint.

(h) Wells Fargo Bank, NA secretly participated in a scam with defendants to unlawfully defraud public property records with one or more grant deeds set forth in Exhibits 1 through 12.

(I) WELLS FARGO BANK NA, conspired, did execute false affidavits, and false instruments against the Subject Property Complained of this lawsuit which ultimately causes losses to plaintiff.

(j) WELLS FARGO BANK NA, conspired, did execute create a fraudulent Trust named similar after itself which was ultimately used to steal real property.

(k) WELLS FARGO BANK NA, failed to respond to a Request made under the Real Estate Settlement and Procedures Act

(l) WELLS FARGO BANK NA, failed to make proper loan disclosures thereby violating the federal Truth in Lending Act and is the main defendant to drive the fraud complained of in this lawsuit.

## MIDSOUTH BANK SHARES, INC., L. J. ANGELLE, PHH MORTGAGE

**64.** The previous paragraphs, and *Exhibits 1 through 12*, including the fraud claims are incorporated herein by reference as if fully setforth herein. The following ***nonexclusive list*** of unlawful acts were committed ***by*** the above ***named defendant***, and in furtherance of the insidious fraud campaign against the plaintiffs, and properties complained of held in trust by the plaintiffs.

---

### FALSE TRUSTEE & MALICIOUS PROSECUTION; WRONGFUL EVICTION

(a) Defendant(s) and each of them individually, committed the fraud, or conspired to commit 1 or more fraudulent acts against the Trust Properties complained of in Exhibits #1 through 12.

(b)

(c)

(d)

(e)

(f)

(g)

(h)

(i)

(j)

(k)

(l)

### Specific Allegations Against Defendants:

**WELLS FARGO BANK, NA, FEDERAL HOME LOAN MORTGAGE CORPORATION, J.P. MORGAN CHASE BANK, NA,**

**65.** The previous paragraphs, and *Exhibits 1 through 12*, including the fraud claims are incorporated herein by reference as if fully setforth herein. The following ***nonexclusive list*** of unlawful acts were committed *by* the above ***named defendant***, and in furtherance of the insidious fraud campaign against the plaintiffs, and properties complained of held in trust by the plaintiffs.

**Filing False Grant Deeds Against The Properties; WRONGFUL EVICTIONS; WRONGFUL FORECLOSURE**

(a) Defendant(s) and each of them individually, committed the fraud, or conspired to commit 1 or more fraudulent acts against the Trust Properties complained of in Exhibits #1 through 12.

(b)

(c)

(d)

(e)

(f)

(g)

(h)

(i)

(j)

(k)

(l)

## Specific Allegations Against Defendants:

**US BANK, NATIONAL ASSOCIATION AS TRUSTEE FOR MORTGAGE PASS THROUGH CERTIFICATES SERIES 1998 R3, MORTGAGE ELECTRONIC REGISTRATION SYSTEM**

66. The previous paragraphs, and *Exhibits 1 through 12*, including the fraud claims are incorporated herein by reference as if fully setforth herein. The following *nonexclusive list* of unlawful acts were committed *by* the above *named defendant*, and in furtherance of the insidious fraud campaign against the plaintiffs, and properties complained of held in trust by the plaintiffs.

**FALSE DEEDS OF TRUST &  FRAUDULENT CONVEYANCES; WRONGFUL EVICTION; ILLEGAL FORECLOSURE**

(a) Defendant(s) and each of them individually, committed the fraud, or conspired to commit 1 or more fraudulent acts against the Trust Properties complained of in Exhibits #1 through 12.

(b)

(c)

(d)

(e)

(f)

(g)

(h)

(i)

(j)

(k)

(l)

## Specific Allegations Against Defendants:

### DEUTSCHE BANK NATIONAL TRUST COMPANY, RBS FINANCIAL, ALTISOURCE

67. The previous paragraphs, and *Exhibits 1 through 12*, including the fraud claims are incorporated herein by reference as if fully setforth herein. The following ***nonexclusive list*** of unlawful acts were committed *by* the above ***named defendant***, and in furtherance of the insidious fraud campaign against the plaintiffs, and properties complained of held in trust by the plaintiffs.

**BANK FRAUD, MONEY LAUNDERING ILLEGAL CONVEYANCES; FALSE INSTRUMENTS SECURITY FRAUD**

(a) Defendant(s) and each of them individually, committed the fraud, or conspired to commit 1 or more fraudulent acts against the Trust Properties complained of in Exhibits #1 through 12.

(b)

(c)

(d)

(e)

(f)

(g)

(h)

(i)

(j)

(k)

(l)

**Mackie Wolf Zientz & Mann, P.C., Schiller & Adam, P.A., Hinshaw & Culbertson, LLP.**

68. The previous paragraphs, and *Exhibits 1 through 12*, including the fraud claims are incorporated herein by reference as if fully setforth herein. The following ***nonexclusive list*** of unlawful acts were committed _by_ the above ***named defendant***, and in furtherance of the insidious fraud campaign against the plaintiffs, and properties complained of held in trust by the plaintiffs.

UNLAWFUL EVICTIONS; FILING FALSE INSTRUMENTS; ILLEGAL EVICTION, ILLEGAL FORECLOSURE

(a) Defendant(s) and each of them individually, committed the fraud, or conspired to commit 1 or more fraudulent acts against the Trust Properties complained of in Exhibits #1 through 12.

(b)

(c)

(d)

(e)

(f)

(g)

(h)

(i)

(j)

(k)

(l)

**Specific Allegations Against Defendants:**

**MCCARTHY & HOLTHUS, LLP., QUALITY LOAN SERVICES,  Douglas A. Toleno**

69.  The  previous  paragraphs,  and  *Exhibits  1  through  12*,  including  the  fraud  claims  are  incorporated  herein  by  reference  as  if  fully  setforth  herein.  The  following  ___nonexclusive  list___  of  unlawful  acts  were  committed  ___by___  the  above  ___named  defendant___,  and  in  furtherance  of  the  insidious  fraud  campaign  against  the  plaintiffs,  and  properties  complained  of  held  in  trust  by  the  plaintiffs.

**Perpetrated An Unlawful Eviction Based on Fraudulent Ownership, BANKRUPTCY FRAUD, ILLEGAL FORECLOUSURE**

(a) Defendant(s) and each of them individually, committed the fraud, or conspired to commit 1 or more fraudulent acts against the Trust Properties complained of in Exhibits #1 through 12.

(b)

(c)

(d)

(e)

(f)

(g)

(h)

(i)

(j)

(k)

(l)

## Specific Allegations Against Defendants:
### Kendra Wiley, Samuel R. Coleman, Ellen B. Silverman

**70.** The previous paragraphs, and *Exhibits 1 through 12*, including the fraud claims are incorporated herein by reference as if fully setforth herein. The following *nonexclusive list* of unlawful acts were committed *by* the above *named defendant*, and in furtherance of the insidious fraud campaign against the plaintiffs, and properties complained of held in trust by the plaintiffs.

### FALSE NOTARY, BANKRUPTCY FRAUD; ILLEGAL EVICTION; ILLEGAL TRESPASSING

(a) Defendant(s) and each of them individually, committed the fraud, or conspired to commit 1 or more fraudulent acts against the Trust Properties complained of in Exhibits #1 through 12.

(b)

(c)

(d)

(e)

(f)

(g)

(h)

(i)

(j)

(k)

(l)

<u>**Specific Allegations Against Defendants:**</u>

**71.** The previous paragraphs, and *Exhibits 1 through 12*, including the fraud claims are incorporated herein by reference as if fully setforth herein. The following <u>***nonexclusive list***</u> of unlawful acts were committed <u>*by*</u> the above <u>***named defendant***</u>, and in furtherance of the insidious fraud campaign against the plaintiffs, and properties complained of held in trust by the plaintiffs.

### Real Estate Fraud

(a) Defendant(s) and each of them individually, committed the fraud, or conspired to commit 1 or more fraudulent acts against the Trust Properties complained of in Exhibits #1 through 12.

(b)

(c)

(d)

(e)

(f)

(g)

(h)

(i)

(j)

(k)

(l)

### VERIFIED COMPLAINT FOR QUIET TITLE

**THE FILING FOR FALSE INSTRUMENTS AGAINST THE SUBJECT PROPERTIES HAVE PLACED UNLAWFUL CLOUDS ON THE TITLE TO THE SUBJECT PROPERTIES, AND PLAINTIFF'S ARE ENTITLED TO HAVE THESE FRAUDULENT INSTRUMENTS CANCELED, AND TITLE CLEARED TO THE PLAINTIFFS.**

---

**72.** The preceding paragraphs *of this complaint*, are incorporated herein by reference. Plaintiff's reallege, as if fully set forth herein, each and every allegation above & below.

**73.** Plaintiff(s) is/are informed and believes and on that basis alleges that each of the defendants claims, or may claim, some interest in the real property described in *Exhibit "A"* of this complaint.

**74.** Plaintiff(s) is/are the owner(s) by adverse possession of real property located at the following addresses:

### Property Addresses:

**(1) 19733 E Union Dr Centennial, CO 80015, (2) 228 Red Mesa Heights Rd., Grand Junction, CO, (3) 2222 Irish Spring Dr., Houston, Texas 77067, (4) 315 Jackson St., Lafayette, LA. 70501, (5) 2007 Moeling St., Lake Charles, La. 70601, (6) 4745 Cutler Ave, Baldwin Park, CA,  91706, (7) 422 Eldridge Avenue East Maplewood, MN 55117,**

**(Full Described in Exhibit "A")**

**Property Address:**                    **(SEE ABOVE)**

**75. Adverse Possession**: Plaintiff(s) is/are the **Equitable Owners** with superior right to possession, in legal possession, and such possession which has been actual, open, hostile, continuous, and exclusive possession of the said property pursuant to **Common law**.

**Actual, Open, Hostile, continuous an exclusive Adverse Possession pursuant to the Common Laws of the United States and the Adverse Possession Laws of their respective states.**

**76.** Plaintiffs has been in *continuous legal possession* since July 10, 2009 described above in this complaint, adverse to defendants and to all other persons, in support of plaintiff's title to the real property and as curative of any defects in the title, or other defects which might have existed with reference to it. *Plaintiffs has the Equitable Interest, and Equitable Ownership of the property*.

**77.** Defendants claim an estate or interest in the real property described that is adverse to plaintiff.

**78.** Defendants claim or purported title to the estate is *based on the fraud*, a fraudulent claim, *deceit*, and/or a *fraudulent conveyance*, or note holder scam as complained of herein and these transfers *has no legal effect what-so-ever*. *Defendant has no marketable title in the property*.

ALFRED MCZEAL, UNITED STATES OF AMERICA, MARK S. MILLER,
JAMILIEH MILLER, MATTHEW D. HAYNIE, KHUT H LE, CHAI M LE, LOFTON
RYAN BURRIS   VS   OCWEN LOAN SERVICING, LLC. MIDSOUTH BANK, NA,
HREAL COMPANY, LLC.,

COMPLAINT FOR QUIET TITLE

## COMPLAINT FOR QUIET TITLE          Page 28 of 75

## VERIFIED COMPLAINT FOR QUIET TITLE

---

### Specific Facts Surrounding Adverse Possession

---

**79.** On or about   **July 10, 2009**   plaintiff(s) became in Adverse Possession or legal possession of the subject property after discovery of a false mortgage or fraudulent loan related to the Subject Property; none of the defendants including have any real interest in the property, and any such interest claimed by the defendants is based upon fraud.

**80.** Plaintiff(s) became heirs and inherited tacking years, and Equitable Ownership of the subject property ever since that date that plaintiff(s) became in lawful, legal or Adverse Possession

**81.** Plaintiff(s) has been in actual, open, hostile, continuous, and exclusive possession of the said property since **July 10, 2009**

**82.** Plaintiffs came in Adverse Possession of the Properties   after these defendants filed fraudulent conveyances and false deeds in public record.

### ADVERSE CLAIMS TO THE TITLE:

**83.** All of the named defendants have made claims which are adverse to the plaintiff's title for which a determination is sought. *The adverse claims to the title of the plaintiff against which a determination is sought includes the following adverse parties:*

### A. The Adverse Claims of:

**OCWEN LOAN SERVICING, LLC., MIDSOUTH BANK, NA, HREAL COMPANY, LLC., MIDSOUTH BANK SHARES, INC., L. J. ANGELLE, PHH MORTGAGE, WELLS FARGO BANK, NA, FEDERAL HOME LOAN MORTGAGE CORPORATION, J.P. MORGAN CHASE BANK, NA., US BANK, NATIONAL ASSOCIATION AS TRUSTEE FOR MORTGAGE PASS THROUGH CERTIFICATES SERIES 1998 R3, MORTGAGE ELECTRONIC REGISTRATION SYSTEM, DEUTSCHE BANK NATIONAL TRUST COMPANY, RBS FINANCIAL, Mackie ALTISOURCE, Wolf Zientz & Mann, P.C, Schiller & Adam, P.A, Hinshaw & Culbertson, LLP., MCCARTHY & HOLTHUS, LLP., QUALITY LOAN SERVICES,   Douglas A. Toleno, Kendra Wiley, Samuel R. Coleman & Ellen B. Silverman**

### DATE FOR WHICH DETERMINATION IS SOUGHT:

**84.** The date as of which the determination is sought is:      **July 10, 2009**

**85.** Plaintiff(s) prays for a   determination of the title of the plaintiff against the adverse claims, pray that this court declare that defendants, and each of them have no title to the subject property, and enter judgment ordering defendants to transfer title to plaintiff(s)   ALFRED MCZEAL, UNITED STATES OF AMERICA, MARK S. MILLER, JAMILIEH MILLER, MATTHEW D. HAYNIE, NHUT HUY LE, CHAI MISTY LE, LOFTON RYAN BURRIS

ALFRED MCZEAL, UNITED STATES OF AMERICA, MARK S. MILLER, JAMILEH MILLER, MATTHEW D. HAYNIE, NHUT H LE, CHAI M LE, LOFTON RYAN BURRIS  **VS**  OCWEN LOAN SERVICING, LLC. MIDSOUTH BANK, NA, HREAL COMPANY, LLC.,

### *FRAUD*                                                        Page 29 of 75

## COMPLAINT FOR MULTIPLE ACTS OF FRAUD, KICKBACKS, AND VIOLATION OF THE REAL ESTATE SETTLEMENT PROCEDURES ACT

**BY CREATING FALSE AFFIDAVITS, FALSE DEEDS, AND MANUFACTURING AND FILING MANY FALSE INSTRUMENTS IN PUBLIC RECORDS, DEFENDANTS, HAVE CREATED A *"FRAUD MACHINE"* AND EACH OF THEM, INDIVIDUALLY AND COLLECTIVELY HAVE COMMITTED CRIMINAL FORGERY AND FRAUD AGAINST THE SUBJECT PROPERTIES, SETFORTH IN EXHIBIT 1 THUR 12.**

---

**86.** The preceding paragraphs of this complaint are incorporated herein by reference. Plaintiff's reallege, as if fully set forth herein, each and every allegation *against each defendant* above.

**87.** It is specifically alleged that defendants *committed a series of fraudulent and illegal acts* against the subject property, as described herein, which render any purported title, lien, or claim, made by defendant, null and void, and/or unenforceable under law due to defendants fraudulent conduct. Plaintiff(s) was/were induced into believing that these deceitful acts were in good faith.

**88.** In addition to the deceitful, and deceptive acts complained of herein, defendants, individually committed the **following three (3) frauds** relative to the subject properties of this lawsuit:

> ### MULTIPLE COUNTS OF *FRAUD* COMMITTED BY DEFENDANTS

### *FRAUDULENT ASSIGNMENTS: "SUBSTITUTION TRUSTEE DEEDS" (ROBO-SIGNERS) & FRAUD AGAINST THE GOVERNMENT*

### *FRAUDULENT INSTRUMENTS FILED IN COUNTY RECORDERS OFFICE*

### *FRAUDULENT EVICTION ACTION FILED IN STATE COURTS USING INSTRUMENTS FOR FORGERY AND CRIMINAL FRAUD*

**52.** It is specifically alleged that the said three (3) fraud scams complained of herein and set forth in greater detail on the following pages are unlawful and illegal **acts of deceit**, and constitute *Deceptive Trade Practices*, *are intentional misrepresentations* which violate the laws of this state. It is alleged this **fraud** was committed by ALL of the name defendants.

**53.** It is specifically alleged that the fraud described and complained of herein above was *intentional*, *willful*, and was *done with malice* and criminal intent, with the sole purpose of stealing and/or robbing plaintiff's real property, and for *causing plaintiff great mental distress*.

ALFRED MCZEAL, UNITED STATES OF AMERICA, MARK E. MILLER,
JAMILEH MILLER, MATTHEW D. HAYDE, KRUTH LE, CHAI BILE,   vs   OCWEN LOAN SERVICING, LLC, MIDSOUTH BANK, NA,
LOFTON RYAN BURRIS   HREAL COMPANY, LLC.,

# FRAUD COUNT #1

**89.** In accordance with the formal pleadings requirements for **_FRAUD_**, which provides that "the circumstances constituting the fraud shall be stated with particularity the plaintiff hereby specifically alleges "_the tim_e, _place_, and_ contents of the these false representations_, made by the defendants as well as _the identity of the person(s) making these representations_, and further what those _person(s) obtained thereby_. Plaintiff shows this Honorable court the following:

**_Count 1:  Fraud #1_**    **_FRAUDULENT ASSIGNMENTS: "SUBSTITUTION TRUSTEE_**
Losses:               **_DEEDS" (ROBO-SIGNERS) & FRAUD AGAINST THE_**
**$1,200,000,000.00**              **_GOVERNMENT_**

**The SCAM & Scammers Exposed:**    _FRAUDULENT ASSIGNMENTS: "SUBSTITUTION TRUSTEE DEEDS" (ROBO-SIGNERS)_
**This fraud is a scam against the United States Governments, local government, the plaintiff, and the People of this and their respected state, and conspiracy whereby defendants are able to record fraudulent assignments in which they have absolutely no interest, even using false and fraudulent substitution of trustee deeds, forged deeds, outright criminally forged deeds, and instruments claiming to evade filing fees using the MERS recording system, allowing defendants to bypass literally millions of dollars in filing fees, and in each county in the continental United States where defendants do business**

(a) **_Time_**:
The interval in time or period of duration for which this fraud was perpetrated by the
by the defendants occurred between ___December 09, 2009___ and ___January 00, 1900___

**The time frame in which the said acts occurred was between December 2009 and thru the present, including but not limited to, June 25, 2015.**

(b) **_Place_**:              **_Defendant's business Office_**

**The place where this fraud occurred was at the defendants business offices, offices of their agents, in the country records office, and in the offices and sweatshops of third party ROBO-SIGNERS.**

(c) **_Content of the False representation_**:     A Staged and False Foreclosure which did not occur.
**The content of the false representation was that defendants had executed a valid real property conveyance, but which in fact did not. False representations were made relative to the trustees and owner of the subject property, and outright outrageous lies regarding the character and authenticity of the instruments, including the veracity of the persons who purportedly signed the instruments involved.**

(d) **_Identity Of Persons Making The Representation_**:
The identify of the persons making the representation are the above named defendants,
namely OCWEN LOAN SERVICING, LLC, MIDSOUTH   MIDSOUTH BANK SHARES, INC., L.J.   WELLS FARGO BANK, NA, FEDERAL HOME LOAN MORTGAGE
BANK, NA, HREAL COMPANY, LLC,   ANGELLE, PHH MORTGAGE   CORPORATION, J.P. MORGAN CHASE BANK, NA   , and
US BANK, NATIONAL ASSOCIATION AS TRUSTEE DVR MORTGAGE PASS
THROUGH CERTIFICATES SERIES 2006 H3, MORTGAGE ELECTRONICS
REGISTRATION SYSTEM    Each one of the defendants, individually committed the acts.

(e) **_What Those Person(s) Obtained_**:    A wrongful Accounting and Property Ownership advantage
**Defendants obtained a _wrongful Accounting Advantage_ which constitutes Accounting and or Fraud Financial·Fraud, and also obtained purported Ownership of the property, by now fraudulently listing plaintiff's real property as defendants own property, which constitutes an and UNLAWFUL CONVERSION. Defendants also obtained a legal advantage by making recording these false claims into public property records in support of its illegal covert operation.**

| SHORT TITLE:<br>COMPLAINT FOR QUIET TITLE, FRAUD, RACKETEERING & CONVERSION | CASE NUMBER |
|---|---|

## *CAUSE OF ACTION-Fraud*

### FRAUDULENT ASSIGNMENTS: "SUBSTITUTION TRUSTEE DEEDS" (ROBO-SIGNERS) & FRAUD AGAINST THE GOVERNMENT

**EXHIBIT** ___1___

ATTACHMENT TO   ☑ Complaint   ☐ Cross-Complaint          **Page 1 of 2**

(Use a separate cause of action form for each cause of action.)

**90.**   ALFRED MCZEAL, UNITED STATES OF AMERICA, MARK S. MILLER, JAMILIEH MILLER, MATTHEW D. HAYNIE, NHUT HUY LE, CHAI MISTY LE, LOFTON RYAN BURRIS

FR- 1. Plaintiff (name): _____

alleges that defendants and each of them:

on or about (date): ___12/30/2005 to present___ defrauded plaintiff as follows:

**FR-2.**   **Intentional or Negligent Misrepresentation**

☑ a. Defendant made representations of material fact          ☐ as stated in Attachment FR-2.a          ☑ as follows:

b. These representations were in fact false. The truth was          ☐ as stated in Attachment FR-2.b          ☑ as follows:

c. When defendant made the representations,

  ☑ defendant knew they were false, or

  ☐ defendant had no reasonable ground for believing the representations were true.

**Defendants later used an unauthorized trustee by the name of "TD Services" to foreclose.**

  d. Defendant made the representations with the intent to defraud and induce plaintiff to act as described in item FIR-5. At the time plaintiff acted, plaintiff did not know the representations were false and believed they were true. Plaintiff acted in justifiable reliance upon the truth of the representations.

**FR-3.**   ☑ **Concealment**

  a. Defendant concealed or suppressed material facts          ☐ as stated in Attachment FR-3.a          ☑ as follows:

  b. Defendant concealed or suppressed material facts

    ☑ defendant was bound to disclose.

    ☑ by telling plaintiff other facts to mislead plaintiff and prevent plaintiff from discovering the concealed or suppressed facts.

  c. Defendant concealed or suppressed these facts with the intent to defraud and induce plaintiff to act as described in item IFIR-5. At the time plaintiff acted, plaintiff was unaware of the concealed or suppressed facts and would not have taken the action if plaintiff had known the facts.

Form Approved for Optional Use<br>Judicial Council of California<br>PLD-C-001 (3) [Rev. January 1, 2007]

**CAUSE OF ACTION-Fraud**

Code of Civil Procedure, § 425.12<br>www.courtinfo.ca.gov

PLD-C-001 (3)

| SHORT TITLE: COMPLAINT FOR QUIET TITLE, FRAUD, RACKETEERING & CONVERSION | CASE NUMBER |
| --- | --- |

EXHIBIT _____ 1 _____          **CAUSE OF ACTION-Fraud**          Page 32 of 75

---

## FRAUDULENT ASSIGNMENTS: "SUBSTITUTION TRUSTEE DEEDS" (ROBO-SIGNERS) & FRAUD AGAINST THE GOVERNMENT

**91.**

FR-4.  ☑ **Promise Without Intent to Perform**                         **Page 2 of 2**
    a. Defendant made a promise about a material matter without any intention of performing it   ☑ as stated
       in Attachment FR-4.a   ☑ as follows:

    b. Defendant's promise without any intention of performance was made with the intent to defraud and induce
       plaintiff to rely upon it and to act as described in item FR-5. At the time plaintiff acted, plaintiff was unaware of
       defendant's intention not to perform the promise. Plaintiff acted in justifiable reliance upon the promise.

FR-5. In justifiable reliance upon defendant's conduct, plaintiff was induced to act   ☐ as stated in Attachment FR-5
    ☑ as follows:

FR-6. Because of plaintiff's reliance upon defendant's conduct, plaintiff has been damaged   ☑ as stated in
    Attachment FR- 6   ☑ as follows:

FIR - 7. Other:          ☑ Other as follows:

    1.  Plaintiffs, and each of them have also been damaged in that defendants have
    breached the contract, and even "interfered with the contract" by using
    ROBO-SIGNERS and false unauthorized trustees to sell the property, causing
    more frustration and great mental distress to the plaintiff.

---

ALFRED MEZEAL, UNITED STATES OF AMERICA, MARK G. MILLER, JAMILEH    OCWEN LOAN SERVICING, LLC. MIDSOUTH BANK, NA,
MILLER, MATTHEW D. HAYNES, KHUT H. LE, CHAI MI LE, LOFTON RYAN BURNS  VS  HREAL COMPANY, LLC.,

**FRAUD COUNT #2**                                    Page 33 of 75

92.    In accordance with the formal pleadings requirements for **_FRAUD,_** which provides that "the circumstances constituting the fraud shall be stated with particularity the plaintiff hereby specifically alleges "_the time_, _place_, and_ contents of the these false representations_, made by the defendants as well as _the identity of the person(s) making these representations_, and _further what those person(s) obtained thereby_. Plaintiff shows the court the following:

### Count 2: Fraud #2 - FRAUDULENT INSTRUMENTS FILED IN COUNTY RECORDERS OFFICE

Losses:
**$180,000,000.00**
**The SCAM Exposed:**          _A fraudulent Notice of Default designed to Defraud._

This is a massive scam against the U.S. Government and local county recorders offices and against the plaintiff whereby defendants and each of them, including but not limited to the unnamed defendants participated in a conspiracy to file fraudulent and forged instruments claiming ownership to the properties held in trust.

(a) **_Time_**:
The interval in time or period of duration for which this fraud was perpetrated by the by the defendants occurred between ___December 03, 2009___ and _____present_____

(b) **_Place_**:          **_Defendants Business offices, Attorney Offices, and Robo signer sweatshop._**

The place where this fraud occurred was at the defendants business offices, offices of their agents, in the country records office, and in the offices and sweatshops of third party ROBO-SIGNERS.

(c) **_Content of the False representation_**:               Document Transfer Tax

(d) **_Identity Of Persons Making The False Representation_**:
The identify of the persons making the representation are the above named defendants, namely OCWEN LOAN SERVICING, LLC. MIDSOUTH BANK, NA, HREAL COMPANY, LLC.,  ,  MIDSOUTH BANK SHARES, INC. L. J. ANGELLE, PHH MORTGAGE  ,  WELLS FARGO BANK, NA, FEDERAL HOME LOAN MORTGAGE CORPORATION, J.P. MORGAN CHASE BANK, NA.  , and US BANK, NATIONAL ASSOCIATION AS TRUSTEE FOR MORTGAGE PASS THROUGH CERTIFICATE SERIES 1998 D3, MORTGAGE ELECTRONIC REGISTRATION SYSTEM  The proximate causes of this falsity are these exact persons.

(e) **_What Those Person(s) Obtained_**:
Defendants obtained a **_wrongful Accounting Advantage_** which constitutes Accounting and or Fraud Financial Fraud, and also obtained purported Ownership of the property, by now fraudulently listing plaintiff's real property as defendants own property, which constitutes an and **UNLAWFUL CONVERSION**. Defendants also obtained a legal advantage by making recording these false claims into public property records in support of its illegal covert operation.

**PLD-C-001 (3)**

| SHORT TITLE: | CASE NUMBER |
|---|---|
| COMPLAINT FOR QUIET TITLE, FRAUD, RACKETEERING & CONVERSION | |

*CAUSE OF ACTION-Fraud*          Page 34 of 75

## FRAUDULENT INSTRUMENTS FILED IN COUNTY RECORDERS OFFICE

EXHIBIT ____2____                                                      **Page 1 of 2**

ATTACHMENT TO   ☑ Complaint   ☐ Cross-Complaint
(Use a separate cause *of* action form for each cause *of* action.)

**93.** FR- 1. Plaintiff (name): ALFRED MCZEAL, UNITED STATES OF AMERICA, MARK S. MILLER, JAMILIEH MILLER, MATTHEW D. HAYNIE, NHUT HUY LE, CHAI MISTY LE, LOFTON RYAN BURRIS

alleges that defendants and each of them:

on or about (date): 12/3/2009 _____ defrauded plaintiff as follows:

FR-2.      **Intentional or Negligent Misrepresentation**
☐ a. Defendant made representations of material fact      ☐ as stated in Attachment FR-2.a      ☑ as follows:

b. These representations were in fact false. The truth was   ☐ as stated in Attachment FR-2.b      ☑ as follows:

c. When defendant made the representations,
☑   defendant knew they were false, or
☑   defendant had no reasonable ground for believing the representations were true.

d. Defendant made the representations with the intent to defraud and induce plaintiff to act as described in item FIR-5. At the time plaintiff acted, plaintiff did not know the representations were false and believed they were true. Plaintiff acted in justifiable reliance upon the truth of the representations.

FR-3.   ☑   **Concealment**
a. Defendant concealed or suppressed material facts      ☐ as stated in Attachment FR-3.a      ☑ as follows:

b. Defendant concealed or suppressed material facts
☑ defendant was bound to disclose.

☑ by telling plaintiff other facts to mislead plaintiff and prevent plaintiff from discovering the concealed or suppressed facts.

c. Defendant concealed or suppressed these facts with the intent to defraud and induce plaintiff to act as described in item IFIR-5. At the time plaintiff acted, plaintiff was unaware of the concealed or suppressed facts and would not have taken the action if plaintiff had known the facts.
ROBO-SIGNER: Defendants suppressed the fact that it used fictitious persons from the state of Minnesota namely Liquenda Alloteu and "Bethany Hood"

Form Approved for Optional Use
Judicial Council of California
PLD-C-001 (3) [Rev. January 1, 2007]

**CAUSE OF ACTION-Fraud**

Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

PLD-C-001 (3)

| SHORT TITLE:<br>COMPLAINT FOR QUIET TITLE, FRAUD, RACKETEERING & CONVERSION | CASE NUMBER |
|---|---|

EXHIBIT ____3____      **CAUSE OF ACTION-Fraud**     

## FRAUDULENT INSTRUMENTS FILED IN THE COUNTY RECORDERS OFFICE

**97.**   FR-4.   ☑ **Promise Without Intent to Perform**     **Page 2 of 2**
a. Defendant made a promise about a material matter without any intention of performing it   ☑ as stated
in Attachment FR-4.a   ☐ as follows:

b. Defendant's promise without any intention of performance was made with the intent to defraud and induce
plaintiff to rely upon it and to act as described in item FR-5. At the time plaintiff acted, plaintiff was unaware of
defendant's intention not to perform the promise. Plaintiff acted in justifiable reliance upon the promise.

FR-5. In justifiable reliance upon defendant's conduct, plaintiff was induced to act   ☐ as stated in Attachment FR-5
☑ as follows:

FR-6. Because of plaintiff's reliance upon defendant's conduct, plaintiff has been damaged   ☐ as stated in
Attachment FR- 6   ☑ as follows:

FIR - 7. Other:     ☐ Other as follows:

ALFRED MCZEAL, UNITED STATES OF AMERICA, MARK G. MILLER, JAMILEH   OCWEN LOAN SERVICING, LLC. MIDSOUTH BANK, NA,
MILLER, MATTHEW D. HAYNIE, KNUT H. LE, CHAI M LE, LOFTON RYAN **VS** HREAL COMPANY, LLC.,
BURRIS

### FRAUD COUNT #3                                    Page 37 of 75

**95.**   In accordance with the formal pleadings requirements for **_FRAUD_**, which provides that "the

circumstances constituting the fraud shall be stated with particularity the plaintiff hereby

specifically alleges "_the tim_e, _place_, and_ contents of the these false representations_, made by the

defendants as well as _the identity of the person(s) making these representations_, and further what

those person(s) obtained thereby.  Plaintiff shows the court the following:

**FRAUDULENT EVICTION ACTION FILED IN STATE COURTS**
**_Count 3:_  Fraud #3 -     USING INSTRUMENTS FOR FORGERY AND CRIMINAL**
Losses:                                **FRAUD**
**$360,000,000.00**
**The SCAM Exposed:**

(a) _**Time**_:
      The interval in time or period of duration for which this fraud was perpetrated by the
      by the defendants occurred between ___January 00, 1900___ and ___January 00, 1900___

(b) _**Place**_:
      **The place where this fraud occurred was at the defendants business offices, offices**
      **of their agents, in the country records office, and in the offices and sweatshops of**
      **third party ROBO-SIGNERS.**

(c) _**Content of the False representation**_:

(d) _**Identity Of Persons Making The False Representation**_:
      The identify of the persons making the representation are the above named defendants,
      namely OCWEN LOAN SERVICING, LLC. MIDSOUTH          MIDSOUTH BANK SHARES, INC., L.J.          WELLS FARGO BANK, NA, FEDERAL HOME LOAN MORTGAGE , and
              BANK, NA, HREAL COMPANY, LLC.,                   ANGELLE, PHH MORTGAGE               CORPORATION , J.P. MORGAN CHASE, BANK, NA.
              US BANK, NATIONAL ASSOCIATION AS TRUSTEE FOR MORTGAGE PASS
              THROUGH CERTIFICATE SERIES 1998 EX, MORTGAGE ELECTRONIC    The proximate causes of this falsity are these exact persons.
              REGISTRATION SYSTEM

(e) _**What Those Person(s) Obtained**_:
      **Defendants obtained a _wrongful Accounting Advantage_ which constitutes Accounting and or Fraud**
      **Financial Fraud, and also obtained purported Ownership of the property, by now fraudulently listing**
      **plaintiff's real property as defendants own property, which constitutes an and UNLAWFUL**
      **CONVERSION. Defendants also obtained a legal advantage by making recording these false claims into**
      **public property records in support of its illegal covert operation.**

_Complaint of_ ALFRED MCZEAL, UNITED STATES OF AMERICA, MARK S. MILLER, JAMILIEH MILLER,
MATTHEW D. HAYNIE, KNUT H. LE, CHAI M LE, LOFTON RYAN BURRIS

PLD-C-001 (3)

| SHORT TITLE:<br>Lydia Hernandez, Eutimo Hernandez et al vs. Federal Home Loan Mortgage Corporation | CASE NUMBER |
|---|---|

*CAUSE OF ACTION - Fraud*

## FRAUDULENT INSTRUMENTS FILED IN COUNTY RECORDERS OFFICE

EXHIBIT ___3___                                          Page 1 of 2

ATTACHMENT TO  ☑ Complaint   ☐ Cross-Complaint
(Use a separate cause of action form for each cause of action.)

**96.**  FR- 1. Plaintiff (name): ALFRED MCZEAL, UNITED STATES OF AMERICA, MARK S. MILLER, JAMILIEH MILLER, MATTHEW D. HAYNIE, NHUT HUY LE, CHAI MISTY LE, LOFTON RYAN BURRIS _____

alleges that defendants and each of them

on or about (date): 10/27/2012 @ 2:01 PM _____ defrauded plaintiff as follows:

FR-2.      **Intentional or Negligent Misrepresentation**
☐ a. Defendant made representations of material fact      ☐ as stated in Attachment FR-2.a      ☑ as follows:

b. These representations were in fact false. The truth was      ☐ as stated in Attachment FR-2.b      ☑ as follows:

c. When defendant made the representations,
☐ defendant knew they were false, or
☐ defendant had no reasonable ground for believing the representations were true.

d. Defendant made the representations with the intent to defraud and induce plaintiff to act as described in item FIR-5. At the time plaintiff acted, plaintiff did not know the representations were false and believed they were true. Plaintiff acted in justifiable reliance upon the truth of the representations.

FR-3.  ☑  **Concealment**
a. Defendant concealed or suppressed material facts      ☐ as stated in Attachment FR-3.a      ☑ as follows:
**Defendants concealed the fact that this affidavit was unsigned and was not suitable for any sort of legal proceeding, including foreclosure and/or evictions.**

b. Defendant concealed or suppressed material facts
☑ defendant was bound to disclose.
☑ by telling plaintiff other facts to mislead plaintiff and prevent plaintiff from discovering the concealed or suppressed facts.

c. Defendant concealed or suppressed these facts with the intent to defraud and induce plaintiff to act as described in item IFIR-5. At the time plaintiff acted, plaintiff was unaware of the concealed or suppressed facts and would not have taken the action if plaintiff had known the facts.

Page 1 of 2

PLD-C-001 (3)

| SHORT TITLE:<br>COMPLAINT FOR QUIET TITLE, FRAUD, RACKETEERING & CONVERSION | CASE NUMBER |
|---|---|

EXHIBIT ____3____          **CAUSE OF ACTION-Fraud**          **Page 39 of 75**

## FRAUDULENT INSTRUMENTS FILED IN THE COUNTY RECORDERS OFFICE

**97.**  FR-4.  ☑ **Promise Without Intent to Perform**
☐ as stated
a. Defendant made a promise about a material matter without any intention of performing it
in Attachment FR-4.a  ☑ as follows:          **Page 2 of 2**

.

b. Defendant's promise without any intention of performance was made with the intent to defraud and induce
plaintiff to rely upon it and to act as described in item FR-5. At the time plaintiff acted, plaintiff was unaware of
defendant's intention not to perform the promise. Plaintiff acted in justifiable reliance upon the promise.

FR-5. In justifiable reliance upon defendant's conduct, plaintiff was induced to act  ☐ as stated in Attachment FR-5
☑ as follows:

FR-6. Because of plaintiff's reliance upon defendant's conduct, plaintiff has been damaged  ☐ as stated in
Attachment FR- 6  ☑ as follows:

.

FIR - 7. Other:          ☐ Other as follows:

## *COUNT 3: RACKETEERING:*

## CONSPIRACY TO VIOLATE RACKETEER INFLUENCED CORRUPT ORGANIZATIONS ACT - 18 USC 1961 et seq

**DEFENDANTS CONSPIRACIES, AND FRAUDULENT CONDUCT HAVE RESULTED IN THEFT, EMBEZZLEMENT, MAIL FRAUD, AND INTENTIONAL VIOLATIONS OF THE FEDERAL RACKETEER INFLUENCED CORRUPT ORGANIZATIONS ACT, AND PLAINTIFFS AND THE CLASS HAS BEEN DAMAGED IN THEIR PROPERTY RIGHTS.**

*98.* Paragraphs 50-56, of this complaint are incorporated herein by reference.  Plaintiff's reallege, as if fully set forth herein, each and every allegation, *against each defendant* above.

### RICO VIOLATIONS:

*99.* Plaintiff reallege, as if fully set forth herein, each allegation above. It is specifically alleged that the defendants named herein **conspired among themselves** to violate sections 18 U.S.C. §1962(a)(b)(c) and section (d) by agreeing to conduct or participate in the affairs of the enterprises referred to in this complaint through a pattern of racketeering and activity and committed more than two acts of racketeering activity, as setout herein, one of which occurred after the effective date of this racketeering chapter and the last act which occurred after the effective date of racketeering chapter, and the last of which occurred within ten years (excluding any period of imprisonment).

*100.* The racketeering activity complained of herein above was in effect at the time of the filing of this lawsuit.  The racketeering activity consisted of the fraud, embezzlement, extortion, mail fraud, and wire fraud, bank fraud, and money laundering transactions as described herein.

### *CONSPIRACY TO VIOLATE RICO*

*101.*  At all times relevant herein, it is alleged that the defendants, their employees, agents, attorneys, and all other persons acting in concert or purporting to act as representatives for the defendants had devised a scheme or artifice to defraud, or to obtain the money or credit or property from the plaintiff by means of false or fraudulent pretenses, or to procure for unlawful use counterfeit devices or spurious coin, and other devices used to defraud for the sole purpose of defrauding plaintiff of rights or property and to unlawfully gain property rights rightfully and justly belonging to plaintiff's estate in violation of 18 U.S.C. §1341.  It is specifically alleged that the named RICO individuals and enterprises, operate separate and distinct from each other.

### COUNT 3: RACKETEERING:

# R.I.C.O           SECTION §1962(a)           R.I.C.O

**102.**  Paragraphs *50 thru 56*, (*FRAUD*) and the preceding paragraphs are incorporated herein by reference.  Plaintiff's reallege, as if fully set forth herein, each allegation above. It is specifically alleged that defendants *caused injury* to the plaintiff by reason of the use of the investment or use of racketeering income or financial credits derived by unjust means.

Plaintiff alleges that each time defendant defraud its customers, (including the plaintiff), an illegal income stream of cash is created, and this same cash is reinvested into defendants illegal operation.

**103.** The Injury is in the form of the **fraud and other unlawful acts described in the previous paragraphs** of this complaint.

**104.** The receipt of income from this illegal operation is directly related to cash flows obtained from the illegal billing and false invoices which are actually paid by customers.  In particular, Section (a) was designed to prevent racketeers from using illegitimately obtained funds to invest in a legitimate business, to control of the legitimate business.  1962(a) provides in pertinent part that:

"It shall be unlawful for any person who has received any income derived directly or indirectly from a pattern of racketeering activity, or through collection of an unlawful debt, in which such person has participated as a principal within the meaning of section 2, title 18, United States Code, to use or invest directly or indirectly, any part of such income... in acquisition of any interest in the establishment or operation of any enterprise which is engaged in the .. interstate or foreign commerce."

**105.**  It is alleged by the plaintiff, that defendants unlawful use of this racketeering income has caused further financial harm to the plaintiff because fraud complained of hereinabove also resulted in conversion, embezzlement, and theft of plaintiff's financial estate, and/or Real Estate Investment.

**106.**  It is specifically alleged, that the named defendants independently committed the acts complained of and these unlawful, deceptive, and fraudulent acts are the proximate causes for the section 1962(a) violations.

## COUNT 3: RACKETEERING:

# R.I.C.O

## VIOLATIONS OF §1962(b) and §1962 (c)

**107.** Paragraphs *50 thru 56 (FRAUD)* and all preceding paragraphs are incorporated herein by reference. Plaintiff's reallege, as if fully set forth herein, each allegation above. It is specifically alleged that defendants through a pattern of racketeering activity or through collection of an unlawful debt has acquired an interest or maintains an interest in or control the enterprise in which it is engaged. As setout in the introductory of this complaint, it is specifically alleged herein that defendants OCWEN LOAN SERVICING, LLC, MIDSOUTH BANK, NA, HREAL COMPANY, LLC, MIDSOUTH BANK SHARES, INC., L. J. ANGELLE, PHH MORTGAGE, WELLS FARGO BANK, NA, FEDERAL HOME LOAN MORTGAGE CORPORATION, J.P. MORGAN CHASE BANK, NA, US BANK NATIONAL ASSOCIATION AS TRUSTEE FOR MORTGAGE PASS THROUGH CERTIFICATES SERIES 1999 R3, MORTGAGE ELECTRONIC REGISTRATION SYSTEM, DEUTSCHE BANK NATIONAL TRUST COMPANY, RBS FINANCIAL, Mackie ALTISOURCE, Wolf Zientz & Mann, P.C., Schiller & Adam, P.A, Hinshaw & Culbertson, LLP, MCCARTHY & HOLTHUS, LLP, QUALITY LOAN SERVICES, Douglas A. Toleno, Kendra Wiley, Samuel R. Coleman & Ellen B. Silverman are "Enterprises" as defined in 18 U.S.C 1961 including all natural persons, corporations, and partnerships. The existence of these Enterprises are self-evident from their fraudulent acts and other illegal and corrupt matters complained of herein. These RICO defendants are separate and distinct from the enterprise that it controls. The nature of the association between the RICO defendant and the RICO Enterprises is such that the RICO defendant utilize the Enterprise to steal in connections with accounts, loans, and monies gained unlawfully. The RICO organization is ongoing and was operating as of the date of the filing of this lawsuit. For example, such fraud, theft, conversion, and embezzlement as complained of herein, especially in *paragraphs 50, thru 56* of this complaint uncovers and exposes the nature of RICO defendants with the RICO enterprises. It is specifically alleged that the RICO defendants maintains an ongoing interest in the RICO enterprises as complained of herein above.

## Section §1962(c)

**108.** It is specifically alleged that the defendants, *each of them*, including the DOE's operate through an enterprise which affect interstate commerce as setout above. As stated in the introduction these defendants are "persons" as defined in 18 U.S.C §1961 (3) and are employed or associated with the enterprise as explained above. An injury to Plaintiff's business or personal property resulted by reason of a violation herein. The injury was in the form of monies and property lost as explained in the fraud claims, and all other previous sections of this complaint.

# R.I.C.O

**White Collar Crimes Against The Estate Of Plaintiff**

### COUNT 3: RACKETEERING:

**109.** Plaintiff reallege, as if fully set forth herein, each allegation above. It is specifically alleged herein that all of the name defendants, individually, and collective committed multiple acts of white collar crimes against the named plaintiffs, and against the estate of the plaintiffs. The defendants *individually*, and *collectively* committed the following non-exclusive white collar crimes which includes, but is not limited to all of the following:

☑ a. Computer Fraud,

☑ b. Mail Fraud,

☑ c. Wire Fraud,

☑ d. *Financial Fraud*,

☑ e. Conspiracy,

☑ f. *Embezzlement*

☑ g. Theft,

☑ h. Money Laundering, and

☑ i. Racketeering.

### COMPUTER FRAUD SCAMS

*110.* Plaintiff's reallege, as if fully set forth herein, each allegation above. With respect to the computer fraud complained of hereinabove, it is specifically alleged that the named defendants deployed the tactics of using personal computers, and their own computer network, including the electronic routing equipment, and other access devices in order to accomplish the fraud and illegal transactions complained of herein. The computer fraud scams consisted of, but was not limited to all of the following:

(a) Deploying malicious Computer software programs over the defendants computer network to automatically enter false data into computer memory and false charges to the accounting files and data bases with respect to the plaintiff's account, or an account created for plaintiff and,

(b) Using **ROBO-SIGNERS**, fictitious persons, false names, real employees and agents to enter and modify data over defendants own computer network, falsifying sales, purposely generating false deeds & amounts for the sole purpose of stealing, and perpetrating an unlawful foreclosure.

# R.I.C.O

**COUNT 3:  RACKETEERING:**

(c) Printing, filing, and mailing these false documents to plaintiff, for the sole purpose of harassment, and obtaining an unjust economic advantage over the plaintiff by forwarding false and fraudulent matters in the U.S. mails, and which was unlawfully delivered to the plaintiff address in violation of 18 USC sec 1341 relating to **_frauds and swindles_**, and,

(d) Unlawful access to the defendant's computer system without authorization by employees or agents operating separately in a conspiracy to defraud which is firmly based upon all of the conflicting amounts and false information published by the defendants, and,

(e) Using a computer to manufacturer false deeds, false mortgages, and false liens for purposes of defrauding plaintiff(s) estate, and  the real property complained of herein, and then subsequently filing these false instruments in public property records to make it appear that defendants have an interest in the subject property, but which in fact do not, and,

(f) Using a Computer to create **_ROBO-SIGNERS,_** or false and fictitious persons for the sole purpose of manufacturing false documents, affidavits, and for filing in public property records to make it appear that these ROBO-SIGNERS, are somehow real, and for making false and fraudulent affidavits which are subsequently filed in public records to make it appear that defendants have an interest in the subject property, but which in fact _they do not_, and,

(g) Using a Computer system to manufacturer false amounts, and instruments for purposes of conversion, and unlawful money laundering acts related to the subject property.

### FINANCIAL FRAUD SCAMS

**111.**  Plaintiff's reallege, as if fully set forth herein, each allegation above. It is specifically alleged that the defendants committed financial institution fraud within defendant's organization which involves the fraud or embezzlement as complained of herein and occurring within or against financial institutions that are insured or regulated by the U.S. Government such as defendants.

**112.** The financial fraud, included but was not necessarily limited to corporate fraud or fraud against plaintiff's property, or real estate, but also embezzlement, theft, and willful misapplication of the moneys, funds, transfer or credits by these defendants in violation of Title 18 USC, Chapter 31, Sec 656.  (Rackeeteer Influenced Corrupt Organizations Act)

**113.** It is specifically alleged that defendants acts are the proximate causes of the Racketeering Acts complained of herein.

### COUNT 3:  RACKETEERING:

# R.I.C.O          *SECTION 1962(d) - CONSPIRACY*          # R.I.C.O

**114.**  Paragraphs **50 thru 56 (FRAUD)** and the preceding paragraphs are incorporated herein by reference.  Plaintiff's realleage, as if fully set forth herein, each allegation above. It is specifically alleged that the named defendants, including their agents, employees, attorneys, and representatives, conspired to violate sections (a)(b) and (c) above.   The facts related to the fraud and the fraud scams are pleaded in particularity in paragraphs 50 thur 56, in accordance with Rule 9(b) of the Federal Rules Of Civil Procedure.

**115.** Moreover, the facts containing the fraud and conspiracy are setforth therein.  The object and accomplishment lie in the fraud and accomplished unlawful economic advantage that was gained over the plaintiff and more particularly described in above paragraphs.

**116.  The Agreement:**     The conspiracy lies in the fact that these defendants agreed amongst themselves to violate section (a)(b) and (c) above by collectively committing the acts and fraud complained of herein.

**117.** The whole evil object of the diabolical scam was to trick, harass, defraud, and gain an undue economic advantage over the plaintiff.

**118.**    Defendants wrongful and unlawful acts are the proximate causes for the 1962(d) Conspiracy.

**119.**    Defendants are individually, and jointly liable to the plaintiff(s) for the said illegal and wrongful

acts complained of herein.

**120.**  The cause of action for Racketeering is asserted against each defendant, individually, and it is alleged that each defendant committed the unlawful acts individually, and is personally liable to the plaintiff for the outrageous and hideous acts committed by them.

**121.**  It is further alleged that each and every defendant formed a conspiracy to commit the acts complained of, and are therefore jointly liable for the said acts.

## COUNT 4:   FAIR DEBT COLLECTION PRACTICES:

### COMPLAINT FOR VIOLATION OF FAIR DEBT COLLECTION PRACTICES ACT

### DEFENDANTS' FRAUDULENT AND ABUSIVE ACTS HAVE VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACTS - AGAINST ALL DEFENDANTS

**122.**  Plaintiffs reallege, as if fully set forth herein, each allegation above. It is specifically alleged herein that the above named defendants conspired among themselves to violate the _Fair Debt Collections Practices Act_, by engaging in abusive, deceptive, and unfair debt collection practices and unconscionable acts which consisted of harassment, abuse, false and misleading or fraudulent conduct complained of above, and which acts were done intentionally to harass, oppress, or abuse the plaintiff in connection of a debt or an alleged debt claimed by the defendants. Paragraphs _50-56_ (FRAUD) is incorporated herein, as if fully set forth herein by reference.

**123.**  The defendants, and each of them, directly or indirectly  mismanaged the plaintiff's purported account established by defendants by improperly "stealing" and/or laundering monies or credits in favor of themselves directly from the plaintiff's account with the improper and illegal use of a computer system by fraudulently inputting unauthorized credits or unauthorized  amounts of money and misrepresenting these charges as valid "charges".

**124.** These improper computer entries, or so-called " charges" claim to represent monies owed by the plaintiff, but these are nothing more than "illegal data entry or charges" which was improperly entered into the defendant's computer system or financial record.

**125.** These same fraudulent charges are then transferred on the accounting books or credited directly to defendants in the form of credits while resulting in wrongful debit transactions for the plaintiff, and which plaintiff is not really required to pay.

**126.** These types of accounting misrepresentations are common occurrences for defendants, and  each of them  refuses to reverse such unlawful entries even after promising or after complaints are made, but never does, and results in negligent misrepresentations without support for such charges, resulting in fraud, theft, and embezzlement using plaintiff's account.

***COUNT 4:  FAIR DEBT COLLECTION PRACTICES:***                    **Page 47 of 75**

**127.**     Plaintiff's realiege, as if fully set forth herein, each allegation above.

The following **nonexclusive list of acts** were committed by the defendants named herein against

the plaintiffs in furtherance of the conspiracy and/or violations of law complained of herein:

**(a)** The defendants made several false, deceptive, misleading or false representations to the plaintiff, as specifically described in <u>Exhibits 1 thru Exhibits 12</u> as abundantly setforth in in the <u>fraud claims attached</u> to this complaint <u>setforth in detail in Exhibits 1 thru 12.</u>

**(b)** Misrepresenting the character, amount, or legal status of debt; by overstating the amounts actually owed to them, or by making up imiginary amounts which do not really exist, and,

**(c)** Misrepresenting services rendered or compensation which may be lawfully received by any debt collector for the collection of a debt, and,

**(d)** Misrepresenting and <u>abusing the use of Attorneys to perform evictions</u>, or other representatives to collect debts which are not owed to the defendants, and,

**(e)** Publicly publishing plaintiff's name in court or other public places which falsely alleged that plaintiff owes a debt, or refuse to pay a debt; especially certain debts not owed to the defendants, and,

**(f)** Sending several unfounded invoices and bills by the defendants representatives or attorney of record, or other employees and agents of the defendants; and,

**(g)** The use of negligent, false representations, or deceptive means to collect, or attempt to collect a false debt  such as *debts which are already satisfied* or *debts not actually owed to the defendants*; and,

**(h)** Negligent, and Intentional failure to follow up in good faith on "disputed debts" with the plaintiff after plaintiff advised defendants that the alleged debt was in fact disputed and no such debts were actually owed to the defendants; and,

**(i)** Prosecuting or threatening to prosecute a malicious and adverse action against the plaintiff and/or plaintiff's legal estate for debts which are not really owed to the defendants; and,

**(j)** Attempts to collect improper debts which were fraudulently entered into a computer system by defendant's employees or executing or causing to execute a malicious computer program operating within computing environment; and,

**(k)** Knowingly filing a fraudulent liens or claims as setforth in Exhibits 1 thur 12, against plaintiff's legal estate in violation of the Uniformed ***DECEPTIVE TRADE PRACTICE ACT*** or otherwise severe violations of the consumer protection laws of this state.                    .

**(l)** Filing harassing legal actions or legal letters in proceedings, which make fraudulent financial claims to harrass the plaintiff in an attempt to extort or embezzle assets are not owed to them, and,

**(m)** Continuing to knowingly, and intentionally misrepresent debts owed and committing all of the above fraudulent acts complained of herein as of the date of the filing of this complaint.

## COUNT 4:    FAIR DEBT COLLECTION PRACTICES:

### INTENTIONAL DEBT HARASSMENT

**128.**  Plaintiffs reallege, as if fully set forth herein, each allegation from above.  The preceding paragraphs are incorporated herein as if fully setforth herein.  Plaintiffs alleges that the fraudulent and misrepresented amounts complained of herein above are indeed fraudulent were sent to the plaintiffs intentionally, and with full knowledge that this debt was not owed to the defendants.

**129.**  Plaintiffs asserts that the intentional pursuit and collection of this unlawful debt constitutes intentional knowledge and was with malice, for purposes to defraud, and to ultimately harass the plaintiff.  Further the intentional harassment of the *FRAUD* complained of in Exhibits 1 *thru Exhibits 12* of this complaint constitute intentional fraud and financial crimes perpetrated against the financial estate of the plaintiff.   These acts were no mere mistakes or oversights, but were intentional.  Plaintiffs are entitled to punitive damages against the defendants in amount yet to be determined by this court.

### THE DEFENDANTS UNLAWFUL ACTS WERE INTENTIONAL

**130.**  The Defendants ongoing negligence, decision to harass, oppress,  the plaintiff,  and to inflict the wrongful and unlawful acts complained of herein,   continuously harassing plaintiff, defrauding public records with untrue information, providing fraudulent notices, invoices, and fraudulent amounts, taking improper legal action without just cause, processing improper collection actions, conspiring to violate Federal Consumer Protections laws and other state laws as complained of herein was intentional, malicious, and without just cause or reason and was done with malice with an intent to torment and harass the plaintiff.

**131.** Plaintiff as a direct and proximate result of such wrongful actions by the defendants, *suffered great mental anguish*, and *emotional distress*, including but not limited to, headaches, physical pain, anxiety, and fear for the future and for plaintiff's financial security.  Plaintiff has suffered humiliation and embarrassment as a result of the *intentional* and unlawful acts of  the defendants complained of herein.    Plaintiffs are entitled to *treble damages* as a result of these intentional, and malicious acts of the defendant.

## COUNT 4:   FAIR DEBT COLLECTION PRACTICES:

**132.** The Plaintiffs herein are entitled to have Defendants apply mortgage servicing procedures in ways that do not result in fraud, negligence, misrepresentation or in ways that do not result in any unauthorized and fraudulent charges assessed that result in breach of contract;  The implied term of the contracts required defendants to service Plaintiff's purported account with professional competence, and due care, and to cooperate in the performance of the contracts, and to reasonably execute the contracts in a fair, even handed and reasonable manner.  Defendants have been the actual causes of these breaches and have clearly breached this duty.  The infliction of punitive damages, with sanctions, should thus be imposed upon the defendants by this court.

**133.**  Plaintiff's reallege each and every paragraph, as if fully set forth herein, each allegation above.    These defendant's actions are unfair and/or deceptive within the meaning of the *Uniformed Deceptive Trade Practices Act* or the consumer protection laws of the state of  *Colorado*            For all practical purposes of this complaint, plaintiffs are consumers under the consumer protection laws of  this state.

**134.**  Defendants actions have the tendency or capacity to mislead plaintiffs about the amounts actually owed to defendants.    The various conflicting amounts without valid supporting evidence or the plaintiff's permission or authorization demonstrates that defendant's fraud against the plaintiff(s) knows no bounds.

**135.**  As plainly illustrated these treacherous defendants have stooped to the *lowest level of deceit, trickery, and fraud* in order to mislead, or gain  an undue economic advantage over the plaintiffs.

**136.**  Defendants fails to utilize due care or professional competence in the administration of the Plaintiffs account resulting in negligence and gross negligence.

**137.**  Defendants general course of conduct has an impact on the public interest, and the acts complained of herein are ongoing and/or have a substantial likelihood of being repeated.

**138.**  It is alleged that said unlawful conduct by the defendants, and each of them, individually and collectively are the proximate causes for violations  of fair debt collections practices act.

### COUNT 5:

### Violations of the Consumer Credit Protection Act
### (Truth in Lending - 15 U.S.C. §1601, et seq)

## DEFENDANTS FAILURE TO PROVIDE THE TRUTHFUL INFORMATION REQUIRED BY FEDERAL LAW HAS RESULTED IN SEVERE VIOLATIONS OF THE FEDERAL TRUTH IN LENDING ACT.

**139.** Plaintiffs reallege, as if fully set forth herein, each allegation above.

**140.** It is specifically alleged herein that each defendant, individually, committed the acts and by their fraudulent acts and failure to make certain required financial disclosures regarding credit and financial transactions, they have violated the *Federal Consumer Credit Protection Act.*

**141.** Defendants have improperly offered credit sales, to its customers and to the plaintiffs, but has failed to adequately disclose cost disclosures in order to assure a meaningful disclosure of the terms of leases of personal property for personal, family, or household purposes so as to enable the plaintiff, and its customers, to compare more readily the various lease terms available or to enable comparison of loan or lease terms with accurate disclosures as required by law.

**142.** As a result of defendants fraudulent acts and other excessive unfounded charges, the interest rate attached to the plaintiff's purported account with defendants is automatically increased, without proper disclosure, beyond any prior agreed upon amounts for the interest rate. Moreover, defendants fraudulent practices results in undisclosed or hidden interest rates or finance charges which cannot be determined in connection with any consumer credit transaction as required by governing law.

**143.** OCWEN LOAN SERVICING, LLC, MIDSOUTH BANK, NA, HREAL COMPANY, LLC, MIDSOUTH BANK SHARES, INC, L. J. ANGELLE, PHH MORTGAGE, WELLS FARGO BANK, NA, FEDERAL HOME LOAN MORTGAGE CORPORATION, J.P. MORGAN CHASE BANK, NA., US BANK, NATIONAL ASSOCIATION AS TRUSTEE FOR MORTGAGE PASS THROUGH CERTIFICATES SERIES 1998 R3, MORTGAGE ELECTRONIC REGISTRATION SYSTEM, DEUTSCHE BANK NATIONAL TRUST COMPANY, RBS FINANCIAL, Mackie ALTISOURCE, Wolf Zientz & Mann, P.C, Schiller & Adam, P.A, Hinshaw & Culbertson, LLP., MCCARTHY & HOLTHUS, LLP., QUALITY LOAN SERVICES, Douglas A. Toleno, Kendra Wiley, Samuel R. Coleman & Ellen B. Silverman

have willfully given perpetrated the acts complained of herein, and have provided fraudulent, false, or inaccurate information to the plaintiff(s), or fails to provide information which is required under law under the provisions of 15 U.S.C. §1601, et seq and is *thus criminally liable for its willful and fraudulent acts* against the plaintiff's financial estate with regards to the disputed account(s) complained of in this lawsuit. Defendants are thus liable to criminal prosecution under Section §112. (Criminal liability for willful and knowing violation) and are liable to the plaintiff in this lawsuit due to these criminal acts committed against the financial estate of the plaintiff.

### COUNT 6:

### Complaint for Securities Fraud

( 15 U.S.C. §77a, et seq)
### Securities Exchange Act of 1934

**144.** Plaintiffs reallege, as if fully set forth herein, each allegation above, including the allegations and fraud claims contained in Exhibits 1 through Exhibit 12.

**145.** Defendants use of deceptive devices, as previously described herein, and its fraudulent conduct and deceitful business practices constitutes securities fraud, and violations of the Securities Act of 1933, and the Securities Exchange Act of 1934, as amended.

**146.** Defendants, and each of them, have traded mortgages and other instruments on the public stock market directly or indirectly influenced interstate commerce, and have influenced many so called "short sales" for the sole purose of stealing these assets which belong to the plaintiffs, and class members, but not the defendants.

Specifically, defendants unlawful and deceitful acts constitute violations of Section 10 - "**Manipulative and Deceptive Devices**" whereby "It shall be unlawful for any person directly or indirectly, by the use of any means or instrumentality of intersate commerce or of the mails, or any facility of any national securities exchange - To effect a short sale, or to use or employ any stop-loss order in connectoin with the purchase of sale, or any security registered, on a national securities exchange, in contravention of such rules and regulations as the Commission may prescribe as necessary or appropriate in the public interest or for the protection of investors."

### *COUNT 7:*

## Viiolations of Home Owners Equity Protection Act

### (12 USC §4901 et seq)

OCWEN LOAN SERVICING, LLC., MIDSOUTH BANK, NA, HREAL COMPANY, LLC., MIDSOUTH BANK SHARES, INC., L. J. ANGELLE, PHH MORTGAGE, WELLS FARGO BANK, NA, FEDERAL HOME LOAN MORTGAGE CORPORATION, J.P. MORGAN CHASE BANK, NA., US BANK, NATIONAL ASSOCIATION AS TRUSTEE FOR MORTGAGE PASS THROUGH CERTIFICATES SERIES 1998 R3, MORTGAGE ELECTRONIC REGISTRATION SYSTEM, DEUTSCHE BANK NATIONAL TRUST COMPANY, RBS FINANCIAL, Mackie ALTISOURCE, Wolf Zientz & Mann, P.C. Schiller & Adam, P.A, Hinshaw & Culbertson, LLP., MCCARTHY & HOLTHUS, LLP., QUALITY LOAN SERVICES,  Douglas A. Toleno, Kendra Wiley, Samuel R. Coleman & Ellen B. Silverman

147. The previous paragraphs and Exhibits 1 through 12 are incorporate herein by reference.

148. Defendants intentional acts of fraud, failure of disclosure and other fraudulent acts have violated the Home Owners Equity Protection Act of 1994, 1998, (HOEPA) and the Home Owners Protection Act of 1998. (12 USC 4901)

149. Defendants have continued to issued out mortgage loans based on the borrowers' promises about their income or in anticipation of the house's rises in value in violation of law and in violation of the Federal Reserve adopted new Truth in Lending rules in 2008.

150. These rules were specifically meant to foster more responsible mortgage lending and protect consumers from predatory mortgages, but defendants have continued a course of dishing out loans to consumers without complying with the regulations setforth in the Home Owners Protection Act of 1998, and have the Home Owner's Protection Act of 1999.

151. Specifically, defendants have violated the acts by virtue of all of the following:

(a) failure to do Strict Screening of the Borrowers' Ability to Repay; and,

(b) Failure to Verify and Demand for Solid Documentation of Income and Assets of applicants,

(c) Failure to place Partial Ban on Prepayment Penalties, and,

(d) Failure to Establish Escrow Accounts for Principal and Interest as required by law.

(e) Failure to provide the financial disclosures as required by law.

152. Further, defendants have violated the Home Owners Protection Act of 1999 by failing to,

(f) Failure to Cancel PMI or Private Mortgage Insurance on single-family, primary residences, which occurred after 1999, and,

(g) failure to provide notices of cancellation to consumers relative to the cancellation of Private Mortgage Insurance.

## COUNT 8:

### Civil Action For Equal Rights Under Law

### (42 U.S.C. §1981)

### (Civil Rights Violations)

**153** The preceding paragraphs are incorporated herein by reference.  Plaintiffs reallege, as if fully set forth herein, each allegation above. Plaintiff incorporates Exhibits 1 through 12 as if fully setforth herein. The personal property, constitutional rights, and legal rights of the plaintiff(s) with respect to personal property, and real property have been violated as set out herein.

**154.** The Civil Rights of the plaintiffs with respect to the subject properties have been violated as setout herein above. Specifically, *the defendants have deprived plaintiff of the right to actual value and also the right of possession of the said properties* and has been threatened or *taken by way of fraud* in violation of the express provisions and violations of 42 U.S.C. section of §1981.

**155.** The defendants and each of them, individually, are thus liable to the plaintiffs for the fraudulent and unlawful acts complained of herein, and the fraud complained of in Exhibits 1 through 12.

**156.** Further the defendants have deprived plaintiff of the right to make and enforce contracts with other viable third parties in express violation of *42 U.S.C.* section *§1981.*

**157.** Further, the defendants and each of them, individually, and collectively are liable to the plaintiff for the deprivation of such rights and the said deprivation of rights have violated both *42 USC §1981* and *42 U.S.C. §1983*.

**158.** Defendants, and each of them, are thus liable to the plaintiffs for the acts complained of herein. Further the defendants have deprived plaintiff of the right to make and enforce contracts with third parties in *express violation of 42 U.S.C. section §1981*.

**159.** It is specifically alleged that the acts of named defendants  are the proximate causes for the alleged violations and deprivations of Equal Rights under the law and specifically the proximate causes for violations of 42. U.S.C. section §1981.

### COUNT 9:

### Civil Action For Deprivation of Rights & RECOVERY OF PROPERTY

### (42 U.S.C. §1983)

**160.** The preceding paragraphs are incorporated herein by reference.  Plaintiffs reallege, as if fully set forth herein, each allegation above and incorporates *Exhibits 1 through 12 as if fully setforth herein*. The personal property, constitutional rights, and legal rights of the plaintiff(s) with respect to personal property, and real property have been violated by the defendants, as set out herein.

**161.** Plaintiff alleges that defendants and each of them, entered into a conspiracy which is based upon plaintiff's race, racial, **or class-based reasons.**

**162.** Defendants, are state actors, or connected to state actors who acted under color of state law, or acting in collusion with public **officials, a state employees, or persons acting in the name of the state under authority granted by the state, county, city or other non-federal government entity.**

**163.** The wrongful evictions, illegal foreclosures, the outright taking, or theft of personal and real property was done under the guise of propriety, but which was *done with evil intent*, *intent to steal*, and *fraudulent in nature*, and has violated the Civil Rights of the Plaintiffs, and the class.

**164.** Defendants has used public police departments, the country sheriff's office,and other public actons to deprive plaintiff of the Real Property complained of herein, and further perpetrated theft and the ***FRAUD*** complained of herein.

**165.** Defendants, acts were the *proximate causes of the losses and the deprivation of plaintiff's civil rights herein*.

**166.** It is specifically alleged that the acts complained of herein, and in Exhibits 1 thru 12, attached to this complaint, was committed by one or more or all of the defendants, which acts results in the deprivation of plaintiff's civil rights.

### *COUNT 10*

### Conspiracy to Interfere With Civil Rights

### (42 U.S.C. §1985)

**167.** The preceding paragraphs are incorporated herein by reference. Plaintiffs reallege, as if fully set forth herein, each allegation above and incorporates *Exhibits 1 through 12 as if fully setforth herein*. The personal property, constitutional rights, and legal rights of the plaintiff(s) with respect to personal property, and real property have been violated by the defendants, as set out herein.

**168.** Defendant illegal acts, and illegal block of access to the properties using the local police, local sheriff office, and other peace officers, tend to more often than not result in a conspiracy to interfere with plaintiff's civil rights.

**169.** Specifically, the defendants have interfered with of the private and personal rights to real estate, to actual value and also the *civil right of possession* of the said property, and this was done by way of fraud, in the violations of 42 U.S.C. section 1985 whereby the defendants and each of them have collectively or individually have conspired to interfere with plaintiff rights under *42 U.S.C 1985.*

**170.** The defendants, and each of them, are thus liable to the plaintiffs, and the class, for the acts complained of herein and to be trebled on judgment. Further the defendants have interfered with and deprived plaintiff of the right to make and enforce contracts with third parties in express violation of *42 U.S.C. section 1981.*

**171.** Defendants acts are the proximate causes for the Conspiracy to Interfere with Civil Rights, and these interferences has severely damaged plaintiff(s), and plaintiffs and the class are entitle to redress.

**172.** Defendants interference was intentional and has cause great harm and losses to the plaintiff(s), and class, including financial harm, loss of real property, damage to the estate, and mental harm which has completely devastated the plaintiff(s) due to defendants wrongful acts.

## COUNT 11

### Complaint for Violations of Fair Housing Act (42 U.SC §3601-§3619)

### Violations of The Civil Rights Act of 1968

**173.** The preceding paragraphs are incorporated herein by reference. Plaintiffs reallege, as if fully set forth herein, each allegation above and incorporates *Exhibits 1 through 12 as if fully setforth herein*.

**174.** Plaintiffs are minority persons(s) including African Americans, Latinos, Hispanics, Asian Pacific Islanders, and other minorities who have been discriminated against by defendants acts, with respect to terms of housing, concerning the sale, rental, and financing of housing based on race, religion, national origin, gender, plaintiffs with disabilities, and families with children.

**175.** Specifically, defendants have refused to sell, or rent a dwelling to persons because of their race, color, religion or national origin, disabilities and families in violation of the Fair Housing Amendments Act of 1988.

**176.** By committing the fraud, and the said deceitful acts complained of herein, ***including the fraud set forth in Exhibits 1 thru 12***, these defendants and each of them, collectively, and individually, have coerced, threatened, intimidated, or interfered with plaintiffs and the class enjoyment of the properties complained herein, or have illegally exercised housing rights based on discriminatory reasons. or retaliating against a persons or organization that aids or encourages the exercise or enjoyment of fair housing rights.

**177.** **By unlawfully using the local Police Department, County Sheriff Department, and other public actors to prevent plaintiffs from taking possession, interfering with civil possession, and by illegally removing or ejecting plaintiffs, defendants have wrongly coerced, threatened, intimidated, and interfered with plaintiffs and the class right protected under the Fair Housing Act, all in violation of section 42 §3601-§3619.**

**178.** Defendants acts are the approximate causes of the Housing Discrimination complained of herein.

## *COUNT 12*
### BREACH OF DUTY OF GOOD FAITH AND FAIR DEALING
(Against All Defendants)

*179.* The preceding paragraphs are incorporated herein by reference. Plaintiffs reallege, as if fully set forth herein, each allegation above and incorporates *Exhibits 1 through 12 as if fully setforth herein*.

Plaintiff's reallege, as if fully set forth herein, each allegation above. It is alleged herein that the defendants, and each one of them, had a fiduciary responsibility to the plaintiffs and this responsibility was unlawfully breached by defendants by way of their fraudulent and misleading conduct.

**180.** Defendants as fiduciary are therefore liable to the plaintiff to account because the defendants have unlawfully profited, benefited or gain or took undue and unfair advantage of its fiduciary position all at the expense of the plaintiff.

**181.** Defendants compromised their interest and duty to the plaintiffs and placed themselves in a position where their interest and duty conflicted with the plaintiff's civil rights. It is specifically alleged herein that each defendant profited from its fiduciary position and these profits were gained by illegal and fraudulent means as described herein above.

**182.** The Breach of Duty of Good Faith and Fair Dealing was clearly breached by these defendants, including their employees, contractors, agents, attorneys, representatives, and all those individuals purporting to represent defendants in the transactions complained of in this complaint, and defendants are thus jointly liable for their breaches.

**183.** It is alleged herein that defendants breaches are the proximate causes for the damages complained of herein.

**184.** Plaintiffs and the class has suffered from these breaches and defendants must restore all property which was taken by fraud, theft, embezzlement, conversion, or by other means as a result of the breaches herein.

ALFRED MCZEAL, UNITED STATES OF AMERICA, MARK S.
MILLER, JAMILEH MILLER, MATTHEW D. HAYNES, KHUT H. LE,   OCWEN LOAN SERVICING, LLC. MIDSOUTH BANK, NA,
CHAI M LE, LOFTON RYAN BURRIS VS HREAL COMPANY, LLC.,

### COUNT 13:

### Breach of Contract

**185.** The preceding paragraphs are incorporated herein by reference. Plaintiffs reallege, as if fully set forth herein, each allegation above and incorporates *Exhibits 1 through 12 as if fully setforth herein*.

**186.** Plaintiffs alleges that there were enforceable contracts in place with defendants, but by virtue of the fraud, and fraudulent acts complained of herein, these defendants *pursued an unlawful course of action which resulted in the material breach of contracts in violation of governing law, and said braches have resulted in financial loss and damages.*

**187.** *Defendant's have failed to perform by properly managing plaintiffs purported account with the defendants. It is further alleged that defendant's failure to render or to offer performance is material, and the following circumstances were significant as a matter of law:*

**(a)** The plaintiffs who are the injured parties will be deprived of the benefit which was reasonably expected from doing business or being affiliated with these defendants, and;

**(b)** The plaintiffs cannot be adequately compensated for the part of that benefit of which plaintiffs was/were deprived;

**(c)** Defendants failure to perform or to offer to perform will not suffer, but will and has burden the plaintiffs as a result of its fraudulent acts, and breaches; and,

**(d)** Defendants likelihood to continue its breaches is highly probable, and they will continue to harm the plaintiff if not enjoined by this court; and,

**(e)** Defendants failure to perform or to offer to perform does not comports with standards of good faith and fair dealing.

**188.** **Fundamental breach:** It is specifically alleged herein that defendant breaches were fundamental breach (or repudiatory breach) so fundamental that these breaches permits the plaintiff to terminate performance of the contract, or any alleged contract and further plaintiff is entitled to sue for damages as a result of defendants breaches. Defendants actions are the proximate causes of the breaches complained of herein.

**189.** Defendants fraudulent and deceitful acts complained of herein are the proximate causes of the Breach of Contract complained of herein.

ALFRED MEZEAL, UNITED STATES OF AMERICA, MARK S. MILLER,
JAMILEN MILLER, MATTHEW D. HAYNES, KNUT H. LE, CHAI BI LE,    OCWEN LOAN SERVICING, LLC, MIDSOUTH BANK, NA,
LOFTON RYAN BURRIS   VS   HREAL COMPANY, LLC.,

## COUNT 14

### Tortoius Interference With Business Contracts

*190.* The preceding paragraphs are incorporated herein by reference.  Plaintiffs reallege, as if fully set forth herein, each allegation above and incorporates *Exhibits 1 through 12 as if fully setforth herein.*

*191. By it fraudulent conduct defendants have willfully, and intentionally damaged and interfered with the plaintiff's contractual or other business relationships with defendant. It is specifically alleged that tortuous interference with contract rights has occur because the tortfeasor defendant has convinced it co-conspirator to breach the contract against the plaintiff, by committing the* fraud complained of herein.

192.  Moreover, the defendant through its pattern of corruption has disrupted  the ability of the plaintiffs to perform obligations under the contract, thereby preventing the plaintiffs from receiving the performance promised by defendants, or their agents.

193.  **Tortious interference of business**.- The false claims and accusations made against plaintiff constituted a tortious interference with business for which the defendants are jointly liable. A tortious interference of the contract between plaintiff and defendant occurred when the defendant committed the fraud and the other unlawful acts complained of herein.  It is specifically alleged herein that:

(a)   There was a existence of a contractual relationship or beneficial business relationship between plaintiffs and defendants, or **other third party**, and,

(b)   Defendants agents and employees had knowledge of this relationship; and,

(c)   There was Intent of third parties such as defendant employees, agents and representatives to induce the defendant to breach the relationship; and,

(d)   There was lack of any privilege on the part of any third parties to induce the breach; and,

(e)   There was extensive damage to the plaintiff as a result of the said breach.

194.  Defendants breaches are the proximate causes of the damages complained of herein and

195. The contacts alleged herein are all related to the mortgages or purported mortgages claimed to be held by defendants relative to their "holder in due course" scams.

ALFRED MEZEAL, UNITED STATES OF AMERICA, MARK S. MILLER,
JAMILEH MILLER, MATTHEW D. HAYNES, IOUT H. LE, CHAI M LE, LOFTON   VS   OCWEN LOAN SERVICING, LLC, MIDSOUTH BANK, NA,
RYAN BURRIS   HREAL COMPANY, LLC.,

## COUNT 15:                                                    Page 60 of 75

**Deceptive Trade & Unfair Business Practices** _____

### *Deceptive Trade Practices of all of the named defendants:*

**196.** The preceding paragraphs are incorporated herein by reference.  Plaintiffs reallege, as if fully set forth herein, each allegation above and incorporates *Exhibits 1 through 12 as if fully setforth herein.* _____

**197.** *Plaintiffs are consumers as defined under the consumer protection laws of this state. Defendants have violated the statutory provisions of deceptive trade practices and  the Uniformed Deceptive Trade Practices act of this state and the unconsciousable, despicable, and unlawful acts  are condemned  by the Consumer protection laws of this great state of* **Colorado**

**198.** Specifically, the defendants have committed unconscionable acts or took unlawful courses of actions or engaged in illegal practices which violated the Deceptive Trade Practices statutes of this state to the plaintiff detriment, or took unfair advantage of the lack of knowledge, ability, experience, or capacity of the plaintiff.  Defendants committed the following non-exclusive acts which violate the Deceptive Trade Practices Laws of the this state.

**(a)** The **_FRAUD_** committed and complained of in previous paragraphs of this complaint, and,

**(b)** The conspiracy, unlawful debt harassment practices, conversions, and theft complained of,

**(c)** The unlawful dissemination of false statements that defendant knows materially misrepresents the cost or character of tangible personal property, a security, service, and,

**(d)** The misrepresentation of attorneys or other representatives in the collection of a debt which is *not owed to the defendants* which is clearly setout herein, and,

**(e)** The forwarding of false and misleading bills, invoices or amounts in the U.S. Mail, and,

**(f)** The misrepresentation of the character amount owed to the defendants, and,

**(g)** The addition of false charges to the plaintiff account, and,

**(h)** The *wrongful foreclosures, and wrongful evictions*, and **fraud** complained of herein, and,

**(i)** Defendants acts violated plaintiffs rights to a grossly unfair degree in violation of law.

**(j)** The falsifying of foreclosure documents and **_misrepresentation made_** relative to documents

ALFRED MEZEAL, UNITED STATES OF AMERICA, MARK S.
MILLER, JAMELEH MILLER, MATTHEW D. HAYNES, KNUT H. LE.
CHAI M LE, LOFTON RYAN BURESS  VS  OCWEN LOAN SERVICING, LLC. MIDSOUTH BANK, NA,
HREAL COMPANY, LLC.,

## US CONSTITUTION VIOLATIONS
### *INVASION OF PRIVACY*

### *COUNT 16:*

### *VIOLATION OF THE U.S. CONSTITUTION*

*199.* The preceding paragraphs and Exhibits 1 thru 12 are incorporated herein by reference. Plaintiffs reallege, as if fully set forth herein, each allegation above. Defendants willful, negligent, and fraudulent acts against the plaintiffs, including the deprivation of rights, the conspiracy against rights, and the other matters complained of, all constitute violations of the plaintiff's Constitutional rights as a matter of law.

**200.** Defendants and each of them, individually, and collectively, have unlawfully trespassed on the constitutional and privacy rights of the plaintiff in violation of The 1st, 4th, 9th, and Fourth Amendment which provides that "the right of the people to be secure in their persons, houses, papers, and effects, against unreasonable searches and seizures, shall not be violated." "At the very core" of the Fourth Amendment "stands the right of a man to retreat into his own home and there be free from unreasonable intrusion and violation of plaintiff's Fourth Amendment rights from trespassory violation of property, see Rakas v. Illinois, 439 U.S. 128, 143 (1978).

### VIOLATIONS OF THE CONSTITUTION OF THE STATE OF <u>Colorado</u>

**201.** *The FRAUD* and the preceding paragraphs are incorporated herein by reference. Plaintiff's reallege, as if fully set forth herein, each allegation above. Defendants willful fraud, *theft of U.S theft of Mail*, and fraudulent acts against the plaintiff, including the deprivation of rights, the conspiracy against rights, and the other matters complained of, all constitute violations of the plaintiff's State Constitutional rights on the Constitution of the State of <u>**Colorado**</u>

**202.** Specifically, defendants conduct has *violated Article 1, 2*, and each and every Article which provides for the protection and the privacy rights of Citizens of this State, and of the United States of America.

**203.** Plaintiff(s) alleged that defendants acts are the proximate causes for the *invasion of privacy*.

Case 1:15-cv-01381-WJM-MJW   Document 1   Filed 06/29/15   USDC Colorado   Page 62 of 74

ALFRED MCZEAL, UNITED STATES OF AMERICA, MARK S. MELLER,       OCWEN LOAN SERVICING, LLC. MIDSOUTH BANK, NA,
JAMELISH MELLER, MATTHEW D. HAYNIE, KHUT H. LE, CHAI MI LE, LOFTON      VS   HREAL COMPANY, LLC.,
RYAN BURRIS

Page 62 of 75

## COUNT 17:

## COMPLAINT FOR TRESPASS

**204.** The preceding paragraphs, *including the fraud described in Exhibit 1 thru 12* are incorporated herein by reference. Plaintiffs reallege, as if fully set forth herein, each allegation above. The unlawful acts complained of herein, including but not limited to, the fraud, negligent misrepresentation the *embezzlement*, conversion, conspiracy, violation of civil rights, and denial of civil rights, denial of access to certain properties, breaking in certain properties, all constitute trespass under common law upon the personal property rights of the plaintiff.

**205.** The effect of defendants' unlawful conduct, as described in prior paragraphs and the previous sections of this complaint has the effect of conduct that has produced irreparable damage to plaintiff, for example, to prevent plaintiff's ingress to and egress from the property described herein and in Exhibits 1 thru 12 *(FRAUD)* complained of herein resulting in the complete exclusion of the plaintiff in violation of plaintiff protected civil rights.

**206.** Defendants threaten and assert that they will continue to trespass, and therefore continue to deprive plaintiff of plaintiff's right to exclusive possession of the property. Such trespassory conduct by defendants will result in irreparable harm to plaintiff, as in that be irreparable nature of injury, such as it will not only deprive plaintiff of access to land, but if left unrestrained, will result in the imposition of a servient easement in favor of defendants across the land, thereby posing a threat to plaintiff's good and marketable title to the property.

**207.** The potential damages that could proximately result from defendants' unlawful trespass would be extremely difficult, if not impossible, to assess accurately. Defendants' continuing trespassory conduct, as alleged in this complaint, will require plaintiff to bring a multiplicity of actions to protect plaintiff's property interests, thereby rendering plaintiff's remedy at law inadequate. The fraud, complained of in paragraphs 1 thru 12 and other paragraphs of this complaint constitute, malice, or oppression and plaintiff is entitled to recover punitive damages.

## *COUNT 18:*

### *CIVIL CONSPIRACY*

**208.** *T*he preceding paragraphs, *including the fraud in Exhibits 1-12*, are incorporated herein by reference.   Plaintiff's reallege, as if fully set forth herein, each allegation above.    It is alleged herein that defendants committed *several Civil Conspiracies* based upon the fraud and negligent misrepresentation, and other unlawful matters complained of herein, whereby there were well planned agreements between these named defendants and/or defendant's agents and employees to steal and/or break the law or to achieve a lawful aim by unlawful means such as by stealing the properties complained of herein by intentional and malicious fraud, and with fraudulent devices, by sending plaintiffs a fraudulent bills, invoices, and amounts not owed to the defendants and the agreement to conspire was made orally or was implied by the unlawful conduct of the defendants.

**209.**   'The elements of this civil conspiracy were specifically the formation and operation of the conspiracy and the financial damage which resulted to plaintiff from an defendants act or acts done in furtherance of the common design of the fraud complained of herein.   Therefore it is specifically alleged that significance of the conspiracy lies in the fact that it renders each and every participant in the wrongful acts complained of herein responsible as a joint tortfeasor for all damages ensuing from the wrong, irrespective of whether or not he was a direct actor and regardless of the degree of his activity." (Doctors' Co. v. Superior Court (1989) 49 Cal.3d 44, citing Mox Incorporated v. Woods (1927) 202 Cal. 675, 677-78.)' (Id. at 511.)

**210.**  'The well formed doctrine of Civil Conspiracy, imposes liability on persons who, although not actually committing a tort themselves, share with the immediate tortfeasors a common plan or design in its perpetration, thus all defendants are liable for these civil conspiracies.

**211.**  This *Civil Conspiracy* arose from one or more or all of the torts complained of herein and by its nature, the named defendants are coconspirators were legally capable of committing the tort, i.e., that he or she owes a duty to plaintiff recognized by law and is potentially subject to liability for breach of that duty.' (Allied Equipment Corp. v. Litton Saudi Arabia Ltd., supra, 7 Cal.4th at 510-11.)

## ***COUNT 19***

### ***UNJUST ENRICHMENT***

**212.** The preceding paragraphs including the ***FRAUD*** complained of herein, including Exhibits 1 thru 12  are incorporated herein by reference.  Plaintiff's reallege, as if fully set forth herein, each allegation above.  The defendants have been unjustly enriched at the expense of the plaintiff, and are obligated to make restitution  regardless of liability for wrongdoing.  It is specifically alleged that:

(a) Defendants have been *enriched by the fraud* and unlawful acts complained of herein, and

(b) Defendants have *deprived plaintiff of the use of assets* stolen by this unjust enrichment, and,

(c) The enrichment was *at the expense of the plaintiff*, and,

(d) The Plaintiff(s) *has been impoverished* as a result of the enrichment, and

(e) There is *a nexus or connection between the enrichment and the impoverishment*, and,

(f) The enrichment was unjust because it was based upon fraud as setforth herein, and

(g) Defendants do not have a defense for this unjust enrichment, and

(h) Remedies are unavailable to the plaintiff to immediately recover damages from the unjust enrichment.

**213.** Defendants have thus received money or other property through no effort of their own, at the expense of plaintiff, the defendants are required as a matter of law, to return the  property to the rightful owner, which is the plaintiff, even if the property was not obtained illegally.

**214.**  It is specifically alleged that defendants are opportunists, stealing from the plaintiffs and others so that they can live in the lap of luxury, creating wealth and position through fraud, and schemes to obtain money, or other property through no effort or work of their own, and this *unlawful profiteering scheme has caused great financial damage* to the plaintiff, and the  class.

**215.**  It is specifically alleged that the **Unjust Enrichment** scams complained of herein are *crimes committed against the financial estate of the plaintiff* and the said unjust enrichment schemes was done with *full knowledge of the scheme* with the sole intent of unlawfully depriving and robbing plaintiff of financial assets *at the unfortunate expense of the plaintiffs, and the class.*

*Action of* ALFRED MIZRAH, UNITED STATES OF AMERICA, MARK S. MILLER, JAMILEH MILLER, MATTHEW D. HAYNES, KNUT H. LE, CHAI M LE, LOFTON RYAN BURRIS

CAUSES OF ACTION AND PLEADINGS

## *COUNT 20*

### *Complaint for Violations of Real Estate Settlement Procedures Act*

### *(12 U.S.C §2601-§2617)*

**216.**    The preceding paragraphs including the **_FRAUD_** complained of herein, including Exhibits 1 thru 12 are incorporated herein by reference.  Plaintiff's reallege, as if fully set forth herein, each allegation above.  The defendants by their corrupts acts have violated the Real Estate Settlement and Procedures Acts.  In particular, plaintiffs allege that defendants, and each of them individually, committed acts which violate the federal Real Esate Settlement Procdures Acts as follows:

**(1)** Defendants paid "kick back" to third party loan brokers, real estate agents for purposes of securing predatory loans which did not actually benefit the best interest of the plaintiffs, or the class, whereby these loans were "packaged" without any of the required disclosures to the plaintiffs, or the class, and have thus violated the provisions of the Real Estate Settlement Procedures Acts, as amended, and,

**(2)** Defendants and each of them involved in a mortgage servicing or mortgage initiation that failed to provide a Special Informaiton Booklet, which contains important consumer information regarding various real estate settlemtn services, and,

**(3)** Defendants in all cases, failed to provided a Good Faith estimate (GFE) of settlement costs, which lists the charges the plaintiffs are likely to pay at settlement, and it is alleged where charges were listed, they were fraudulent representations, and not actual charges that the plaintiffs, heirs, or assigns would be paying for the cost of such loans offered by defendants, and,

**(4)** Defendants in all cases failed to provided a Mortgage Servicing Disclosure Statement, which discloses to the borrower whether the lender intends to service the loan or transfer it to another lender.

**(5)** Defendants, and each of them, failed to provide any meaningful disclosures as required by RESPA and have thus violated the basic provisions of the Real Estate Settlement Procedurs Act.

**(6)** Defendants defrauded plaintiffs in these regards, because without these required disclosuers, plaintiffs and the clas was unable to ascertain actual costs and other abusive provisions which were inherent in loans and mortgage contracts with defendants.

**(7)** Defendant further defrauded plaintiffs and violated the Real Estate Settlement Procedures because defendants failed to provide or disclose the final HUD-1 or HUD-1A settlement statements which barred the plaintiff borrowers from knowing specifically the cost of the loans and to whom the fees are being allotted in violation of law.

**217.**   It is alleged that defendants acts are the proximate causes of the violations of the Real Estate Settlement Procedures Acts.

## COUNT 21

### Complaint to CANCEL Fraudulent Grant Deeds, & False Instruments

*218.* The preceding paragraphs and Exhibits 1 thru 12 are incorporated herein by reference. Plaintiff's reallege, as if fully set forth herein, each allegation above.

219. It is specifically alleged herein that the defendants, and each of them individually, committed forgery, by falsifying affidavits, grant deeds, trustee deeds, and other instruments, and causing such instruments to be filed in the public property records for the purpose of claiming false ownership and interest of the subject properties.

220. Plaintiff(s) alleges that one or more fraudulent instruments have been used to perpetrate fraud against the plaintiffs, fraud against the subject properties.

221. Plaintiffs alleges that the fraudulent instruments are attached to this complaint as **Exhibit 1**, thru **Exhibit 12**, attached herein, specifically identifying the fraudulent device which purport to convey property, but which in fact does not.

222. Plaintiff(s) alleged that these instruments purport to convey property to defendants, but which in fact does not convey title, or any other ownership to any of the defendants.

223. Plaintiff(s) alleges that one, or more, or all of the instruments are fraudulent in nature, as previously complained of herein, and such fraudulent instruments *have placed unlawful clouds over the title to the trust properties because defendants, and each of them, have recorded these false deeds in public record, and have used the same to perpetrate fraudulent evictions.*

224. These instruments purport to represent conveyances to defendants, but in reality are null and void because they are ***based upon the criminal fraud*** and other matters complained of herein.

225. Plaintiff(s) alleged that one, or more, or all of the fraudulent instruments have been fraudulenty filed in public record against the properteis and should be ***CANCELED*** as a matter of law,as said fraudulent instruments have no real effect in law or equity.

226. Plaintiffs are entitled to have the fraudulent instruments ***forever CANCELED***, removed from public records, and criminal charges accessed against defendants for knowingly recording fraudulent instruments in public record, in violation of the penal and civil codes of this state.

***COUNT 20:***                                              **Page 67 of 75**

## COMPLAINT FOR TEMPORARY RESTRAINING ORDER & PERMANENT INJUNCTION

**227. *Paragraph 50 thru 56 (FRAUD) and t**he preceding paragraphs are incorporated herein by reference. Plaintiff's reallege, as if fully set forth herein, each allegation above. Plaintiff is entitled to immediate relief prior to trial in the form of a temporary restraining order or Preliminary Injunction <u>restraining defendants and its agents from selling or taking possession of the property</u>. *Irreparable injury* will occur to the plaintiff unless these defendants are enjoined from its unlawful acts. . In support of this cause of action plaintiff will show this court the following:

 **(1)** there is a substantial likelihood that plaintiff(s) will prevail on the merits, and,

 **(2)** there is a substantial threat that the plaintiffs will suffer irreparable injury if the preliminary injunction is denied,  and,

 **(3)** the threatened injury to the plaintiffs seeking the injunction outweighs the threatened injury to the party to be enjoined, and

 **(4)** granting the preliminary injunction will not disserve the public interest.
 (See Sierra Club v. FDIC, 992 F.2d 545, 551 (5th Cir.1993)).

### ***THERE IS A SUBSTANTIAL LIKELIHOOD THAT PLAINTIFF WILL PREVAIL ON THE MERITS OF THIS ACTION***

**228.** Based on the pleadings, affidavits, and verifications herein, and the alleged conduct of the defendants, there is a great likelihood that the plaintiff will prevail on the merits of this action, because the evidence submitted herein is conclusive proof that the claims, (especially the fraud claims) of this action are true and correct.

### THERE IS A SUBSTANTIAL THREAT THAT THE PLAINTIFF WILL SUFFER IRREPARABLE INJURY IF THE PRELIMINARY INJUNCTION OR TEMPORARY RESTRAINING ORDER IS DENIED

**229.** There is a substantial threat that the plaintiff will continue to suffer irreparable injury if the preliminary injunction or temporary restraining order is denied.  The overt acts of the defendants demonstrates that these *defendants fraud knows no bounds in its schemes to defraud* the plaintiff.

**230.** No defense exist for the fraud claims complained of herein, and if defendant is allowed to continue its unlawful acts, irreparable injury will occur to the plaintiffs as a result of this fraud.

*Action of* <sub>ALFRED MIZEAL, UNITED STATES OF AMERICA, MARK S. MILLER, JAMILEH MILLER, MATTHEW D. HAYME, RHUT H. LE, CHAU BI LE, LOFTON RYAN BURNS</sub>

CAUSES OF ACTION AND PLEADINGS

## *COUNT 21:*

## *COMPLAINT FOR DECLARATORY JUDGMENT*

**231.** Paragraphs *50 thru 56* and the preceding paragraphs are incorporated herein by reference. Plaintiff's reallege, as if fully set forth herein, each allegation above. The unlawful acts complained of herein, including but not limited to, the fraud, negligent misrepresentation the embezzlement, conversion, conspiracy, violation of civil rights, and denial of civil rights, all may all be declared illegal or in violation of state and/or federal law.

**232.** Plaintiff(s) is/are entitled to a declaratory judgment declaring the rights of the plaintiff and status of the property in dispute. Plaintiff(s) desires a determination to Adverse Possession, to quiet the title to the subject real estate or property which made the basis of this complaint. The rights of the plaintiff(s) with respect to personal property have been violated. Specifically, the defendants have wrongfully asserted rights, converted, taken dominion of the real property described herein which they are not entitled to control.

**233.** In due course proceedings this court should enter a declaratory judgment pursuant to the declaratory judgment act 28 U.S.C. 2201-2202 as to all of the following:

**(a)** declaratory judgment declaring that plaintiff is the fee simple owner of all right, title, and interest in and to the described real property; and,

**(b)** a declaratory judgment that defendants do not have any right, title, estate, or interest in or lien on the described real property or personal property complained of; and,

**(c)** a declaratory judgment declaring that defendants have no right of possession of plaintiff's property; and,

**(d)** a declaratory judgment declaring that defendants has <u>trespassed the legal rights and property</u> <u>*rights*</u> of the plaintiff; and;

**(e)** a declaratory judgment that defendants *committed the FRAUD* as complained of herein; and,

**(f)** a declaratory judgment that fraud as complained of in paragraphs 9 thru 15 constitutes deceptive trade practices and violates plaintiff Civil & US & State Constitutional Rights,

**(g)** a declaratory judgment that the remaining acts complained of this civil actions are unlawful and are in violation the laws of the United States of America and in commerce.

## EXTREME AND OUTRAGEOUS CONDUCT       Page 69 of 75

THE MULTIPLE ACTS OF **FRAUD**, **FORGED GRANT DEEDS**, THE WRONGFUL AND UNLAWFUL
CONVEYANCES OF PLAINTIFF'S REAL PROPERTY, THE ILLEGAL FORECLOSURES, THE EVICTION
SCAMS, THE UNLAWFUL INVASION OF PLAINTIFF'S PRIVACY, THE INTENTIONAL VIOLATION OF
PLAINTFF'S CIVIL AND CONSTITUTIONAL RIGHTS CONSTITUTE **EXTREME AND OUTRAGEOUS
CONDUCT** NOT NORMALLY TOLERATED BY A DECENT SOCIETY

**224.** The preceding paragraphs are incorporated herein by reference.  Plaintiff's reallege, as if fully set forth herein, each allegation above.  Plaintiff further contends that defendant's fraudulent conduct, the conspiracies, the conversions, the embezzlement, the many misrepresentations perpetrated by defendants as complained of herein, including the matters complained of in the preceding paragraphs of this lawsuit, namely, the violations of civil rights, the *deprivation of civil rights*, the defrauding of property, complained of herein, the unlawful actions taken against the plaintiff, the improper and harassing fraudulent instruments sent to the plaintiff, including the FRAUD complained of herein, exceeds all bounds usually tolerated by a decent society, and moreover was *done with malice*, and with intent to cause knowledge that it would cause, and in fact has caused, *severe mental and physical distress* and *economic loss to the plaintiff*.  Defendant's flagrant, willful disregard for the law, its despicable fraudulent,   conduct, is **Extreme & Outrageous**, and should be punished accordingly, with *punitive* and/or exemplary damages. *Defendants were unjustly enriched.*

**225.** Regarding the conspiracy claimed herein, plaintiff asserts that if it is found that one or more or all of the defendants did not actively participate in the said illegal acts and conspiracy, then it is alleged that said defendants had knowledge of the conspiracy, the power to prevent, or aid in the prevention of the conspiracy, and *refused to do so*.

**226.** That, in the alternative and in the event that this court finds that there was no conspiracy between the defendants named herein to collectively harass or defraud the plaintiff, plaintiff alleges that one, or more, or *all of the defendants* named herein **independently committed the unlawful acts** described herein, which acts resulted in *the loss of valuable property rights*, deprivation and violation of plaintiff's rights, privileges, and immunities guaranteed under  state law, Common laws and laws of the State of  **Colorado**

## *PUNITIVE DAMAGES:*

---

### AGAINST ALL NAMED DEFENDANTS

---

**227.** Paragraphs **50 thru 56**, **(FRAUD)** and the preceding paragraphs are incorporated herein by reference.  Plaintiff's reallege, as if fully set forth herein, each allegation above. Plaintiff(s) is/are entitled to recover punitive or exemplary damages as a matter of law.

**228.** The many unlawful and unconscious able acts complained of herein, the conspiracies contemplated between the defendants, the wrongful fraud scams, the fraudulent conveyances of Real Property, the many conversions, the intentional willful debt harassment, embezzlement, the willful and intentional violations of plaintiff's Civil and Constitutional rights. fraud, prosecution of legal action for debts not owed to them, the **unlawful malicious prosecutions** the reckless disregard for law and plaintiff civil rights, and for the other unlawful offenses committed,  including the oppression, the deliberate infliction of mental and emotional distress, physical and mental pain, the wrongful and unjust frivolous collections actions, debt harassment, and especially the reckless, wanton, careless and deliberate disregard for civil rights, and for other reason at law, Plaintiffs is/are entitled to recover punitive damages, in addition to actual damages.  Defendants should be punished as a matter of law for the despicable acts complained of herein exceeds all bounds of a decent society, was egregiously invidious, **Extreme and Outrageous**, and was further done with malice, and full knowledge with the intent to harm plaintiff(s)

**229.** Defendants  and each of them, are **subject to Punitive Damages**, as a matter of law.

**230.** **Punitive Damage**s should be _inflicted individually_, and **jointly** upon each defendant, because each defendant is alleged to have committed the fraudulent acts, individually, in his/her personal or official capacity.

ALFRED MCZEAL, UNITED STATES OF AMERICA, MARK S. MILLER, JAMILIEH MILLER, MATTHEW D. HAYNE, NHUT H LE, CHAI M LE, LOFTON RYAN BURRIS VS ALFRED MCZEAL, UNITED STATES OF AMERICA, MARK S. MILLER, JAMILIEH MILLER, MATTHEW D. HAYNE, NHUT H LE, CHAI M LE, LOFTON RYAN BURRIS

## COMPUTATION OF DAMAGES

**231.** As a result of the despicable, treacherous, and fraudulent acts described herein, the individual plaintiff(s) and _the Class_ are entitled to recover from each defendant, the **_following damages_**: _(AGAINST ALL DEFENDANTS INDIVIDUALLY)_

| | | |
|---|---|---|
| 1. | **Punitive Damages** | $500,000,000.00 |
| 2. | Actual Damages | $500,000,000.00 |
| 3. | Damages for _FRAUD_ | $1,500,000,000.00 |
| 4. | Negligent Misrepresentation | $1,500,000,000.00 |
| 5. | Intentional Infliction of Emotional Distress & Pain | $500,000,000.00 |
| 6. | Restitution for Conspiracy | $5,000,000.00 |
| 7. | Compensatory Damages | $50,000,000.00 |
| 8. | Treble Damages | $4,500,000,000.00 |
| 9. | Embarrassment, Humiliation, & Anxiety | $50,000,000.00 |
| 10. | Restitution for UNJUST ENRICHMENT | $1,500,000,000.00 |
| 11. | Restitution for RICO Violations | $150,000,000.00 |
| 12. | Restitution for Violations of Fair Debt Collections Practices | $25,000,000.00 |
| 13. | Restitution for Theft and Trespass | $25,000,000.00 |
| 14. | Restitution for DECEPTIVE TRADE PRACTICES | $1,200,000,000.00 |
| 15. | Restitution for Embezzlement | $25,000,000.00 |
| 16. | Restitution for CONVERSION | $175,000,000.00 |
| 17. | Restitution for BREACH OF CONTRACT | $175,000,000.00 |
| 18. | Restitution for ILLEGAL FORECLOSURE/Illegal Eviction | $700,000,000.00 |
| 19. | Restitution for U.S. Constitutional Violations | $25,000,000.00 |
| 20. | Restitution for Embezzlement & Wrongful Lien | $25,000,000.00 |
| 21. | Restitution for Civil Rights Violations | $25,000,000.00 |
| | Total Damages | $13,155,000,000.00 |

**THIRTEEN BILLION ONE HUNDRED FIFTY FIVE MILLION**

# PRAYER FOR RELIEF

**232.** WHEREFORE, plaintiffs demands judgment against all named defendants as follows:

1. For an order compelling said Defendants, and each of them, to transfer legal title and possession of the subject property to Plaintiffs herein;

2. For a declaration and determination that Plaintiffs are the rightful holder of title to the Equitable Title to the subject properties and that Defendants herein, and each of them, be declared to have no estate, right, title or interest in and of the said properties complained of herein;

3. For a judgment forever enjoining said defendants, and each of them, from claiming any estate, right, title or interest in the subject property and transferring title to plaintiff(s) or the trust,

4. For a Temporary Restraining Order/Permanent Injunction enjoining defendants from selling or taking any adverse actions against the subject property pending the disposition in this case;

5. For a **Declaratory Judgment** declaring that defendants's grant deeds, lien, and or interest in the subject property is unenforceable, and is fraudulent in nature as described herein;

6. For a **Declaratory Judgment** declaring defendants acts to be unconstitutional under U.S. Law, and the Constitution of the State of **Colorado**

7. For a **Declaratory Judgment** declaring that defendants acts  Exhibits 1 thru 12 Complained of herein are fraudulent, and violate the laws of the State of **Colorado**

8. For a judgment of <u>**Punitive Damages**</u> against, all the named defendants, individually, and collectively against defendants against all of the named defendants, to wit:

OCWEN LOAN SERVICING, LLC., MIDSOUTH BANK, NA, HREAL COMPANY, LLC., MIDSOUTH BANK SHARES, INC., L. J. ANGELLE, PHH MORTGAGE, WELLS FARGO BANK, NA, FEDERAL HOME LOAN MORTGAGE CORPORATION, J.P. MORGAN CHASE BANK, NA., US BANK, NATIONAL ASSOCIATION AS TRUSTEE FOR MORTGAGE PASS THROUGH CERTIFICATES SERIES 1998 R3, MORTGAGE ELECTRONIC REGISTRATION SYSTEM, DEUTSCHE BANK NATIONAL TRUST COMPANY, RBS FINANCIAL, Mackle ALTISOURCE, Wolf Zientz & Mann, P.C, Schiller & Adam, P.A, Hinshaw & Culbertson, LLP., MCCARTHY & HOLTHUS, LLP., QUALITY LOAN SERVICES,  Douglas A. Toleno, Kendra Wiley, Samuel R. Coleman & Ellen B. Silverman

***WHEREFORE, ALL PREMISES CONSIDERED***, Plaintiffs  pray that this Honorable Court after due

proceeding, and all legal delays, do enter judgment against the defendants jointly, severely, and in

solido, condemning them all, for the said unlawful acts in the full amount of :  **$13,155,000,000.00**

### THIRTEEN BILLION ONE HUNDRED FIFTY FIVE MILLION

including court cost, attorney fees, interest from the date of judicial demand and for all general and

equitable relief afforded under law.          ## JURY TRIAL DEMANDED

Respectfully Submitted,

_Alfred McZeal_                 _Mark S. Miller_            _Jamileh Miller_
**ALFRED MCZEAL**              **MARK S. MILLER**           **JAMILEH MILLER**
WORLD WIDE WALKIE TALKIE       MARK S. MILLER               JAMILEH MILLER
633 WEST FIFTH ST, 26TH & 28TH FLOORS   19733 E Union Dr     19733 E Union Dr
LOS ANGELES, CA. 90071         Centennial, CO 80015         Centennial, CO 80015
PHONE: 1-888-833-2459 X801     Phone: 303-358-1190          Phone: 303-358-1190

_Nhut Huy Le & Chai Misty Le_   _Lofton Ryan Burris_        _Matthew Dane Haynie_
**NHUT HUY LE & CHAI MISTY LE**  **LOFTON RYAN BURRIS**       **MATTHEW DANE HAYNIE**
NHUT HUY LE & CHAI MISTY LE     LOFTON RYAN BURRIS           MATTHEW DANE HAYNIE
422 ELDRIDGE AVENUE EAST        439 East 246th Place         575 28 1/2 RD, SUITE #42
MAPLEWOOD, MINNESOTA 55117      Carson, Ca. 90745-6534       GRAND JUNCTION CO 81501
PHONE: 651-214-6274            Phone Number: 310.834.6621    PHONE: 970-210-0855

## VERIFICATION

ALFRED MCZEAL,  MARK S. MILLER, JAMILIEH
MILLER, MATTHEW D. HAYNIE, NHUT HUY LE,
CHAI MISTY LE, LOFTON RYAN BURRIS

I, (we) _____am/are a plaintiffs in the above-entitled action.

I have read the foregoing complaint and know the contents thereof. The same is true of my own

knowledge, except as to those matters which are therein alleged on information and belief, and

as to those matters, I believe it to be true.

I (we) declare under penalty of perjury that the foregoing is true and correct and that this

declaration was executed at:

_Alfred McZeal_
**ALFRED MCZEAL**

Executed At:
___Los Angeles___       ___Ca___

**DATED:** ___6/24/2015___

_Mark S. Miller_
**MARK S. MILLER**

Executed At:
___Denver___       ___Colorado___

**DATED:** ___6/24/2015___

_Jamileh Miller_
**JAMILEH MILLER**

Executed At:
___Denver___       ___Colorado___

**DATED:** ___6/24/2015___

_Nhut Huy Le   Chai Misty Le_
**NHUT HUY LE & CHAI MISTY LE**

Executed At:
___Denver___       ___Colorado___

**DATED:** ___6/24/2015___

_Lofton Ryan Burris_
Lofton Ryan Burris

Executed At:
___Los Angeles___       ___California___

**DATED:** ___6/24/2015___

_Matthew Dane Haynie_
**MATTHEW DANE HAYNIE**

Executed At:
___Grand Junction___       ___Colorado___

**DATED:** ___6/24/2015___

NAME ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER

**ALFRED MCZEAL**
WORLD WIDE WALKIE TALKIE
633 WEST FIFTH ST, 26TH & 28TH FLOORS
LOS ANGELES, CA. 90071
PHONE: 1-888-833-2459 X801

**JAMILEH MILLER**
19733 E Union Dr
Centennial, CO 80015
Phone: 303-358-1190

**LOFTON RYAN BURRIS**
439 East 246th Place
Carson, CA 90745-6534
Phone Number: 310.834.6621

**MARK S. MILLER**
19733 E Union Dr
Centennial, CO 80015
Phone: 303-358-1190

**NHUT HUY LE & CHAI MISTY LE**
422 ELDRIDGE AVENUE EAST
MAPLEWOOD, MINNESOTA 55117
PHONE: 651-214-6274

**MATTHEW DANE HAYNIE**
575 28 1/2 RD, SUITE #42
GRAND JUNCTION, CO 81501
PHONE: 970-210-0855

# UNITED STATES DISTRICT COURT
# DISTRICT OF COLORADO

ALFRED MCZEAL, UNITED STATES OF AMERICA, MARK S. MILLER, JAMILIEH MILLER, MATTHEW D. HAYNIE, NHUT HUY LE, CHAI MISTY LE, LOFTON RYAN BURRIS

v                                               Plaintiff(s),

OCWEN LOAN SERVICING, LLC.,MIDSOUTH BANK, NA, HREAL COMPANY, LLC.., MIDSOUTH BANK SHARES, INC., L. J. ANGELLE, PHH MORTGAGE, WELLS FARGO BANK, NA, FEDERAL HOME LOAN MORTGAGE CORPORATION, J.P. MORGAN CHASE, BANK, NA.. US BANK, NATIONAL ASSOCIATION AS TRUSTEE FOR MORTGAGE PASS THROUGH CERTIFICATES SERIES 1998 R3, MORTGAGE ELECTRONIC REGISTRATION SYSTEM, DEUTSCHE BANK NATIONAL TRUST COMPANY, RBS FINANCIAL, Mackie ALTISOURCE, Wolf Zientz & Mann, P.C, Schiller & Adam, P.A, Hinshaw & Culbertson, LLP., MCCARTHY & HOLTHUS, LLP., QUALITY LOAN SERVICES, Douglas A. Toleno, Kendra Wiley, Samuel R. Coleman & Ellen B. Silverman

Defendant(s)

CASE NUMBER

_____

CERTIFICATION AND NOTICE
OF INTERESTED PARTIES
(Local Rule 7.1-1)

TO:      THE COURT AND ALL PARTIES APPEARING OF RECORD:

ALFRED MCZEAL, UNITED STATES OF AMERICA, MARK S. MILLER, JAMILIEH MILLER, MATTHEW D. HAYNIE, NHUT HUY LE, CHAI MISTY LE, LOFTON RYAN BURRIS

The undersigned, counsel of record for _____

(or party appearing in pro per), certifies that the following listed party (or parties) may have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal. (Use additional sheet if necessary.)

PARTY                                               CONNECTION

(List the names of all such parties and identify their connection and interest.)

**PLAINTIFFS**

**ALFRED MCZEAL, UNITED STATES OF AMERICA, MARK S. MILLER, JAMILIEH MILLER, MATTHEW D. HAYNIE, NHUT HUY LE, CHAI MISTY LE, LOFTON RYAN BURRIS**

Plaintiffs have a financial interest in the subject property related to this case.

**DEFENDANTS**

OCWEN LOAN SERVICING, LLC., MIDSOUTH BANK, NA, HREAL COMPANY, LLC., MIDSOUTH BANK SHARES, INC., L. J. ANGELLE, PHH MORTGAGE, WELLS FARGO BANK, NA, FEDERAL HOME LOAN MORTGAGE CORPORATION, J.P. MORGAN CHASE, BANK, NA., US BANK, NATIONAL ASSOCIATION AS TRUSTEE FOR MORTGAGE PASS THROUGH CERTIFICATES SERIES 1998 R3, MORTGAGE ELECTRONIC REGISTRATION SYSTEM, DEUTSCHE BANK NATIONAL TRUST COMPANY, RBS FINANCIAL, Mackie ALTISOURCE, Wolf Zientz & Mann, P.C, Schiller & Adam, P.A, Hinshaw & Culbertson, LLP., MCCARTHY & HOLTHUS, LLP., QUALITY LOAN SERVICES, Douglas A. Toleno, Kendra Wiley, Samuel R. Coleman & Ellen B. Silverman.

All of these named Defendants have a financial interest in outcome of this case.

6/24/15
Date

*Alfred McZeal Mark S. Miller Jamileh Miller Nhut Huy Le Chai Misty Le Matthew Dane Haynie Lofton Ryan Burris*
Sign

ALFRED MCZEAL, MARK S. MILLER, JAMILIEH MILLER, MATTHEW D. HAYNIE, NHUT HUY LE, CHAI MISTY LE, LOFTON RYAN BURRIS

Attorney of record for or party appearing in pro per