IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01381-MJW

ALFRED MCZEAL,
UNITED STATES OF AMERICA,
MARK S. MILLER,
JAMILIEH MILLER,
MATTHEW D. HAYNIE,
NHUT HUY LE,
CHAI MISTY LE, and
LOFTON RYAN BURRIS,

Plaintiffs,

v.

OCWEN LOAN SERVICING, LLC,
MIDSOUTH BANK, NA,
HREAL COMPANY, LLC,
MIDSOUTH BANK SHARES, INC.,
L. J. ANGELLE,
PHH MORTGAGE,
WELLS FARGO BANK, NA,
FEDERAL HOME LOAN MORTGAGE CORPORATION,
J.P. MORGAN CHASE BANK, NA,
US BANK,
NATIONAL ASSOCIATION AS TRUSTEE FOR MORTGAGE PASS THROUGH
CERTIFICATES SERIES 1998 R3,
MORTGAGE ELECTRONIC REGISTRATION SYSTEM,
DEUTSCHE BANK NATIONAL TRUST COMPANY,
RBS FINANCIAL,
MACKLE ALTISOURCE,
WOLF ZLENTZ & MANN, P.C.,
SCHILLER & ADAM, P.A.,
HINSHAW & CULBERTSON, LLP,
MCCARTHY & HOLTHUS, LLP,
QUALITY LOAN SERVICES,
DOUGLAS A. TOLENO,
KENDRA WILEY,
SAMUEL R. COLEMAN, and
ELLEN B. SILVERMAN,

Defendants.

## ORDER SETTING STATUS CONFERENCE

Entered by Magistrate Judge Michael J. Watanabe

The above-captioned case has been directly assigned to Magistrate Judge Michael J. Watanabe pursuant to the Pilot Program to Implement the Direct Assignment of Civil Cases to Full Time Magistrate Judges.  The parties are expected to become familiar with the Pilot Program (see Docket No. 6).

**IT IS HEREBY ORDERED that the plaintiffs shall FORTHWITH serve <u>each defendant</u>** with service of process consistent with Federal Rule of Civil Procedure 4.

**IT IS FURTHER ORDERED** that a Status Conference shall be held on:

> July 21, 2015, at 10:30 a.m.,
> in Courtroom A-502,
> Fifth Floor,
> Alfred A. Arraj U.S. Courthouse,
> 901 19th Street,
> Denver, Colorado 80294

Absent leave of court, plaintiffs shall appear **IN PERSON** for this status conference.  Failure to appear may result in the imposition of sanctions, which could include dismissal of the action.

**IT IS FURTHER ORDERED** that at the Status Conference the pro se plaintiffs shall:

1. Provide written proof of service of process on **ALL** defendants **or** show cause why this case should not be dismissed for lack of service of process and/or failure to prosecute;

2. Inform this court on whether you intend to retain legal counsel.  If you intend to retain legal counsel, then you shall be prepared to inform this court, on the record, of what efforts you have made to retain legal counsel; and

3. Become familiar with the following Rules:  (a) the Federal Rules of Civil Procedure, (b) the United States District Court for the District of Colorado Local Rules of Practice, and (c) the Federal Rules of Evidence.  These sets of rules shall apply in this case.

**Absent exceptional circumstances, no request for rescheduling any appearance in this court will be entertained <u>unless a written request is made FIVE (5) business days in advance of the date of appearance.</u>**

<u>THE PLAINTIFFS SHALL NOTIFY ALL PARTIES WHO HAVE NOT ENTERED AN APPEARANCE OF THE DATE AND TIME FOR THE STATUS CONFERENCE.</u>

Please remember that **everyone** seeking entry into the Alfred A. Arraj United States Courthouse will be required to show valid photo identification.  <u>See</u> D.C.COLO.LCivR 83.2.  Failure to comply with this requirement will result in denial of entry into the Alfred A. Arraj United States Courthouse.

Done and signed this 30th day of June, 2015.

BY THE COURT:

s/Michael J. Watanabe
MICHAEL J. WATANABE
United States Magistrate Judge