# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge Michael J. Watanabe

**Civil Action No.** 15-cv-01381-MJW          FTR - Courtroom A-502

**Date:** July 21, 2015          Courtroom Deputy, Ellen E. Miller

| *Parties* | *Counsel* |
|---|---|
| ALFRED MCZEAL, | - - - no appearance - - - |
| UNITED STATES OF AMERICA, | (Hatal Doshi) |
| MARK S. MILLER, | *Pro Se* |
| JAMILIEH MILLER, | *Pro Se* |
| MATTHEW D. HAYNIE, | *Pro Se* |
| NHUT HUY LE, | - - - no appearance - - - |
| CHAI MISTY LE, and | - - - no appearance - - - |
| LOFTON RYAN BURRIS, | - - - no appearance - - - |

    Plaintiff(s),

v.

| | |
|---|---|
| OCWEN LOAN SERVICING, LLC, | Matthew A. Morr |
| MIDSOUTH BANK, NA, | Allison L. Biles |
| HREAL COMPANY, LLC, | Cynthia D. Lowery-Graber |
| MIDSOUTH BANK SHARES, INC., | Christopher P. Carrington |
| L. J. ANGELLE, | |
| PHH MORTGAGE, | |
| WELLS FARGO BANK, NA, | |
| FEDERAL HOME LOAN MORTGAGE CORPORATION, | |
| J.P. MORGAN CHASE BANK, NA, | |
| US BANK, | |
| NATIONAL ASSOCIATION AS TRUSTEE FOR | |
| MORTGAGE PASS THROUGH | |
| CERTIFICATES SERIES 1998 R3, | |
| MORTGAGE ELECTRONIC REGISTRATION SYSTEM, | |
| DEUTSCHE BANK NATIONAL TRUST COMPANY, | |
| RBS FINANCIAL, | |
| MACKLE ALTISOURCE, | |
| WOLF ZLENTZ & MANN, P.C., | |
| SCHILLER & ADAM, P.A., | |
| HINSHAW & CULBERTSON, LLP, | |
| MCCARTHY & HOLTHUS, LLP, | |
| QUALITY LOAN SERVICES, | |
| DOUGLAS A. TOLENO, | |
| KENDRA WILEY, | |
| SAMUEL R. COLEMAN, and | |
| ELLEN B. SILVERMAN, | |

    Defendant(s).

**COURTROOM MINUTES / MINUTE ORDER**

**HEARING: STATUS CONFERENCE**
**Court in session:** 10:34 a.m.
Court calls case. Appearance of *3 Pro Se* plaintiffs: Mark S. Miller, Jamilieh Miller, and Matthew D. Haynie. Jamilieh Miller has checked in and is now with small children in the hallway. Appearance of Matthew A. Morr for PHH Mortgage, Allison L. Biles for Wells Fargo Bank, N.A., Cynthia D. Lowery-Graber for Federal Home Loan Mortgage Corporation and J.P. Morgan Chase Bank N.A., Christopher P. Carrington for Schiller & Adams, P.A., Hinshaw & Culbertson, LLP, Samuel R. Coleman, and Ellen B. Silverman.

Assistant United States Attorney Hatal Doshi appears to confirm with the Court that the United States did not agree in any way to be a Plaintiff in this matter. Plaintiffs note they understood they could sue on behalf of the United States and therefore named it as a Plaintiff.

**It is ORDERED:** The UNITED STATES OF AMERICA is **STRICKEN** as a Plaintiff in this case. The United States Of America shall be deleted in all future captions.

Discussion is held regarding the failure to appear of the co-plaintiffs, who have not sought an excused absence from this conference.

**It is ORDERED:** An **ORDER TO SHOW CAUSE HEARING** is set
**AUGUST 27, 2015 at 10:00 a.m.**
in Courtroom A-502, Fifth floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294.
A written Order to Show cause shall issue as to the plaintiffs Alred McZeal, Nhut Huy Le, Chai Misty Le, and Lofton Ryan Burris.

It is noted a similar case is pending, 12-cv-01575-RM-CBS, with nearly duplicate claims.

**It is ORDERED:** An **ORDER TO SHOW CAUSE HEARING** is set
**AUGUST 27, 2015 at 10:00 a.m.**
in Courtroom A-502, Fifth floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294.
A written Order to Show cause shall issue regarding the cases 15-cv-01381-MJW and 12-cv-01575-RM-CBS.

Plaintiffs are put on notice that there is a potential of sanctions being imposed. Plaintiffs acknowledge they understand that potential.

It is noted not all defendants have entered an appearance.
Plaintiff Mark S. Miller tenders to the Court for review the Returns of Service as to the defendants, copies of which were filed with the Clerk of the Court earlier today.

**It is ORDERED:** An **ORDER TO SHOW CAUSE HEARING** is set
**AUGUST 27, 2015 at 10:00 a.m.** in Courtroom A-502, Fifth floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294 to address any defendants who may not been served and/or have made no appearance.

**It is ORDERED:**   No Defendant shall file an Answer or otherwise respond to the Complaint [Docket No. 1, filed June 29, 2015] at least until after the Show Cause Hearing set August 27, 2015 at 10:00 a.m. or as otherwise ordered by the Court.

Defendants note there have been very similar cases filed throughout various United States District Court districts, as well as Bankruptcy cases.

**It is ORDERED:**   Defendants shall file a list of any companion litigation that relates to any of these Plaintiffs.

HEARING CONCLUDES.

**Court in recess:**   11:37 a.m.
Total In-Court Time:   01:03