IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01381-WJM-MJW

ALFRED MCZEAL,
MARK S. MILLER,
JAMILIEH MILLER,
MATTHEW D. HAYNIE,
NHUT HUY LE,
CHAI MISTY LE, and
LOFTON RYAN BURRIS,

Plaintiffs,

v.

OCWEN LOAN SERVICING, LLC,
MIDSOUTH BANK, NA,
HREAL COMPANY, LLC,
MIDSOUTH BANK SHARES, INC.,
L. J. ANGELLE,
PHH MORTGAGE,
WELLS FARGO BANK, NA,
FEDERAL HOME LOAN MORTGAGE CORPORATION,
J.P. MORGAN CHASE BANK, NA,
US BANK,
NATIONAL ASSOCIATION AS TRUSTEE FOR MORTGAGE PASS THROUGH
CERTIFICATES SERIES 1998 R3,
MORTGAGE ELECTRONIC REGISTRATION SYSTEM,
DEUTSCHE BANK NATIONAL TRUST COMPANY,
RBS FINANCIAL,
MACKLE ALTISOURCE,
WOLF ZLENTZ & MANN, P.C.,
SCHILLER & ADAM, P.A.,
HINSHAW & CULBERTSON, LLP,
MCCARTHY & HOLTHUS, LLP,
QUALITY LOAN SERVICES,
DOUGLAS A. TOLENO,
KENDRA WILEY,
SAMUEL R. COLEMAN, and
ELLEN B. SILVERMAN,

Defendants.

---

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

On July 20, 2015, Defendant Wells Fargo Bank, NA filed a Motion to Dismiss (Docket No. 13.)  Under D.C.COLO.LCivR 7.1(d), the deadline for Plaintiffs to file a response to that motion was August 10, 2015.  Under Fed. R. Civ. P. 6(d), that response would have been deemed timely if received by the Court by August 13, 2015.  Today is August 14, 2015, and no response has been docketed.

It is hereby **ORDERED** that Plaintiffs shall file a written response to Defendant Wells Fargo Bank, N.A.'s Motion to Dismiss (Docket No. 13) <u>at or before</u> the Show Cause Hearing set for August 27, 2015, at 10:00 a.m.

**Plaintiffs are hereby expressly warned that failure to comply with this Order will result in Defendant Wells Fargo Bank, N.A.'s Motion to Dismiss (Docket No. 13) being granted on the grounds that Plaintiffs have confessed the motion. Failure to comply with this Order may also lead to other sanctions under Fed. R. Civ. P. 16(f) and Fed. R. Civ. P. 41(b), up to and including dismissal of this case with prejudice for failure to prosecute.**

Date: August 14, 2015