Mark S. Miller & Jamileh Miller
19733 E UNION DR
CENTENNIAL CO 80015
Phone: 303-358-1190

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 2 4 2015

JEFFREY P. COLWELL
CLERK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| ALFRED MCZEAL, § <br> UNITED STATES OF AMERICA, § <br> MARK S. MILLER, § <br> JAMILIEH MILLER, § <br> MATTHEW D. HAYNIE, § <br> NHUT HUY LE, § <br> CHAI MISTY LE, and § <br> LOFTON RYAN BURRIS, § <br> § <br> **Plaintiffs,** § <br> § <br> v. § <br> § <br> OCWEN LOAN SERVICING, LLC, § <br> MIDSOUTH BANK, NA, § <br> HREAL COMPANY, LLC, § | Civil Action No. 15-cv-01381-WJM-MJW <br><br> PLAINTIFFS NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1) <br><br> Thursday August 20, 2015 |

MIDSOUTH BANK SHARES, INC.,
L. J. ANGELLE,
WELLS FARGO BANK, NA,
FEDERAL HOME LOAN MORTGAGE CORPORATION,
J.P. MORGAN CHASE BANK, NA,
US BANK,
NATIONAL ASSOCIATION AS TRUSTEE FOR MORTGAGE PASS THROUGH
CERTIFICATES SERIES 1998 R3,
MORTGAGE ELECTRONIC REGISTRATION SYSTEM,
DEUTSCHE BANK NATIONAL TRUST COMPANY,
RBS FINANCIAL,
MACKLE ALTISOURCE,
WOLF ZLENTZ & MANN, P.C.,
SCHILLER & ADAM, P.A.,
HINSHAW & CULBERTSON, LLP,
MCCARTHY & HOLTHUS, LLP,
QUALITY LOAN SERVICES
DOUGLAS A. TOLENO,
KENDRA WILEY,
SAMUEL R. COLEMAN, and
ELLEN B. SILVERMAN,

**Defendants.**

TO THE HONORABLE JUDGE OF THE SAID COURT & TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that the Plaintiffs, Mark S. Miller, & Jamileh Miller, in this matter, voluntarily dismiss and withdraw from this lawsuit pursuant to Federal Rule of Civil Procedure 41(a) (1). Such dismissal shall be without prejudice, with each side to bear its own costs and fees in case no: 1:15-cw-01381- WJM-MJW.

Date: August 20, 2015

_____
Mark & Jamileh Miller

Case No: 1:15-cw-01381- WJM-MJW

## CERTIFICATE OF SERVICE

I, Benjamin H. Richman, an attorney, certify that on February 25, 2010, I served the above and foregoing Plaintiff's Notice of Voluntary Dismissal Without Prejudice Pursuant to Federal Rule of Civil Procedure 41(a)(1), by causing true and accurate copies of such paper to be filed and mailed via the United States Mail, first class postage on Thursday August 20, 2015, addressed to:

Cynthia Lowery-Graber
Bryan Cave LLP
1700 Lincoln St., Suite 4100
Denver, CO 80203

Rachel R. Mentz
Ballard Spahr LLP
1225 17th St, Suite 2300
Denver, CO 80202

Christopher P. Carrington
FGMC
360 S Garfield St, 6th floor
Denver, CO 80209

Allison L. Biles
Snell & Wilmer
1200 17th St, Suite 1900
Denver, CO 80202


Mark & Jamileh Miller
*Pro se Plaintiffs*

Date: August 20, 2015