IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01381-WJM-MJW

ALFRED MCZEAL,
MARK S. MILLER,
JAMILIEH MILLER,
MATTHEW D. HAYNIE,
NHUT HUY LE,
CHAI MISTY LE, and
LOFTON RYAN BURRIS,

Plaintiffs,

v.

OCWEN LOAN SERVICING, LLC,
MIDSOUTH BANK, NA,
HREAL COMPANY, LLC,
MIDSOUTH BANK SHARES, INC,
L. J. ANGELLE,
PHH MORTGAGE,
WELLS FARGO BANK, NA,
FEDERAL HOME LOAN MORTGAGE CORPORATION,
J.P. MORGAN CHASE BANK, NA,
US BANK, NATIONAL ASSOCIATION AS TRUSTEE FOR MORTGAGE PASS THROUGH CERTIFICATES SERIES 1998 R3,
 MORTGAGE ELECTRONIC REGISTRATION SYSTEM,
DEUTSCHE BANK NATIONAL TRUST COMPANY,
RBS FINANCIAL,
MACKLE ALTISOURCE,
WOLF, ZIENTZ & MANN, P.C,
SCHILLER & ADAM, P.A.,
HINSHAW & CULBERTSON, LLP,
MCCARTHY & HOLTHUS, LLP,
QUALITY LOAN SERVICES,
DOUGLAS A. TOLENO,
KENDRA WILEY,
SAMUEL R. COLEMAN, and
ELLEN B. SILVERMAN,

Defendants.

**ENTRY OF APPEARANCE**

Bruce A. Featherstone hereby enters his appearance on behalf of defendants MidSouth Bank, NA ("MidSouth") and Jay L. Angelle (erroneously sued as L. J. Angelle).

These defendants are aware of the Court Order (Dkt. #38) deferring all responses to the Complaint pending further order and the show cause hearings set for August 27, 2015.  This appearance is without prejudice to, and with complete reservation of, any and all defenses and objections of these defendants, including all challenges to sufficiency of any purported service of process and the assertion of personal jurisdiction in this Court.

Respectfully submitted August 25, 2015.

**FEATHERSTONE DESISTO LLC**

By:   s/*Bruce A. Featherstone*
Bruce A. Featherstone
1430 Wynkoop Street, Suite 201
Denver, Colorado  80202
Phone:  303 626-7100
Fax:  303 626-7101
bfeatherstone@featherstonelaw.com

*Attorneys for Defendants MidSouth Bank, NA and Jay L. Angelle*

## CERTIFICATE OF SERVICE

I hereby certify that on August 25, 2015, a copy of the foregoing was served upon the following via U.S. Mail:

Alfred McZeal  
World Wide Walkie Talkie  
633 W. Fifth St., 26th & 28th Floors  
Los Angeles, CA  90071

Lofton Ryan Burris  
439 East 246th Place  
Carson, CA  90745-6534

Mark S. Miller  
19733 E. Union Dr.  
Centennial, CO  80015

Nhut Huy Le & Chai Misty Le  
422 Eldridge Avenue East  
Maplewood, MN  55117

Jamilieh Miller  
19733 E. Union Dr.  
Centennial, CO  80015

Matthew D. Haynie  
575 28½ Road, Suite #42  
Grand Junction, CO  81501

I hereby certify that on August 25, 2015, I electronically filed and served the foregoing with the Clerk of Court using the CM/ECF system:

Cynthia D. Lowery-Graber  
Bryan Cave LLP  
1700 Lincoln Street, Suite 4100  
Denver, CO  80203-4541  
cynthia.lowery-graber@bryancave.com

Elissa D. Miller  
SulmeyerKupetz PC  
Suite 3500  
333 South Hope Street  
Los Angles, CA  90071  
emiiller@sulmeyerlaw.com

Matthew A. Morr  
Rachel R. Mentz  
Ballard Spahr, LLP  
1225 17th Street, Suite 2300  
Denver, CO  80202-5596  
morrm@ballardspahr.com  
mentzr@ballardspahr.com

Allison L. Biles  
Snell & Wilmer, LLP  
1200 17th Street, Suite 1900  
Denver, CO  80202  
abiles@swlaw.com

Christopher P. Carrington
Foster Graham Milstein & Calisher, LLP
360 South Garfield Street, 6th Floor
Denver, CO  80209
carrington@fostergraham.com

/s/ *Jan Friend*_____
Jan Friend, Paralegal