**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 15-cv-1381-WJM-MJW

ALFRED MCZEAL,
MARK S. MILLER,
JAMILIEH MILLER,
MATTHEW D. HAYNIE,
NHUT HUY LE,
CHAI MISTY LE, and
LOFTON RYAN BURRIS,

     Plaintiffs,

v.

OCWEN LOAN SERVICING, LLC,
MIDSOUTH BANK, NA,
HREAL COMPANY, LLC,
MIDSOUTH BANK SHARES, INC.,
L. J. ANDELLE,
PHH MORTGAGE,
WELLS FARGO BANK, NA,
FEDERAL HOME LOAN MORTGAGE CORPORATION,
J.P. MORGAN CHASE BANK, NA,
US BANK, National Association as Trustee for Mortgage Pass through Certificates Series 1998 R3,
Mortgage Electronic Registration System,
DEUTSCH BANK NATIONAL TRUST COMPANY,
RBS FINANCIAL,
ALTISOURCE,
MACKIE, WOLF, ZIENTZ & MANN, P.C.,
SCHILLER & ADAM, P.A.,
HINSHAW & CULBERTSON, LLP,
MCCARTHY & HOLTHUS, LLP,
QUALITY LOAN SERVICES,
DOUGLAS A. TOLENO,
KENDRA WILEY,
SAMUEL R. COLEMAN,
ELLEN B. SILVERMAN, and
JAY L. ANGELLE,

     Defendants.

## FINAL JUDGMENT

Pursuant to and in accordance with Fed. R. Civ. P. 58(a), all Orders entered during the pendency of this case, and the Order Adopting August 27, 2015

Recommendation of Magistrate Judge, Dismissing All Plaintiffs, Denying Defendant Wells Fargo's Motion to Dismiss as Moot, and Terminating Case, entered by the Honorable William J. Martínez, United States District Judge, on September 15, 2015,

IT IS ORDERED that the Magistrate Judge's Recommendation (ECF No. 69) is ADOPTED in its entirety. Plaintiffs Mark S. Miller's and Jamileh Miller's notice of voluntary dismissal (ECF No. 63) is ACCEPTED.

IT IS FURTHER ORDERED that final judgment is entered against all Plaintiffs, save for Mark S. Miller and Jamileh Miller, and the case is terminated.

IT IS FURTHER ORDERED that the parties shall bear their own costs.

Dated at Denver, Colorado this 17th day of September, 2015.

BY THE COURT:
JEFFREY P. COLWELL, CLERK

By:   s/Deborah Hansen
Deborah Hansen, Deputy Clerk