| Alfred McZeal<br>WORLD WIDE WALKIE TALKIE<br>633 WEST FIFTH ST, 26TH & 28 FLOORS<br>LOS ANGELES, CA. 90071<br>PHONE: 832-623-4418<br><br>NHUT LE AND CHAI LE<br>113 Roselawn Ave. East<br>St. Paul, MN 55117<br>PHONE: 651-214-6274 | Matthew D. Haynie<br>575 28 1/2 RD, SUITE #42<br>GRAND JUNCTION CO 81501<br>PHONE: 970-210-0855<br><br>LOFTON RYAN BURRIS<br>439 East 246th Place<br>Carson, Ca. 90745-6534<br>Phone Number: 310.834.6621 | FILED<br>U.S. DISTRICT COURT<br>DISTRICT OF COLORADO<br><br>2015 OCT 13  PM 1: 20<br><br>JEFFREY P. COLWELL<br>CLERK<br><br>BY_____DEP. CLK |
|---|---|---|
| ☐ FPD  ☐ Appointed  ☐ CJA  ☒ Pro Per  ☐ Retained | | |

### UNITED STATES DISTRICT COURT
### DISTRICT OF COLORADO

| ALFRED MCZEAL, MATTHEW D. HAYNIE,<br>NHUT H. LE, CHAI M LE, LOFTON RYAN BURRIS<br>V.  PLAINTIFF(S),<br>OCWEN LOAN SERVICING, LLC.,MIDSOUTH BANK, NA, HREAL COMPANY, LLC.,,MIDSOUTH BANK SHARES, INC., L. J. ANGELLE, PHH MORTGAGE,WELLS FARGO BANK, NA, FEDERAL HOME LOAN MORTGAGE CORPORATION , J.P. MORGAN CHASE, BANK, NA,,US BANK, NATIONAL ASSOCIATION AS TRUSTEE FOR MORTGAGE PASS THROUGH CERTIFICATES SERIES 1998 R3, MORTGAGE ELECTRONIC REGISTRATION SYSTEM,DEUTSCHE BANK NATIONAL TRUST COMPANY, RBS FINANCIAL, Mackie ALTISOURCE.,Wolf Zientz & Mann, P.C, Schiller & Adam, P.A, Hinshaw & Culbertson, LLP., MCCARTHY & HOLTHUS, LLP., QUALITY LOAN SERVICES, Douglas A. Toleno, Kendra Wiley, Samuel R. Coleman, Ellen B. Silverman,<br>DEFENDANT(S). | CASE NUMBER:  15-cv-01381-MJW<br><br># NOTICE OF APPEAL |
|---|---|

NOTICE IS HEREBY GIVEN that **ALFRED MCZEAL, MATTHEW D. HAYNIE, NHUT H. LE, CHAI M LE, LOFTON RYAN BURRIS** hereby appeals to
*Name of Appellant*
the United States Court of Appeals for the Tenth Circuit from:

**Criminal Matter**

☐ Conviction only [F.R.Cr.P. 320)(1)(A)]
☐ Conviction and Sentence
☐ Sentence Only (18 U.S.C. 3742)
☐ Pursuant to F.R.Cr.P. 320)(2)
☐ Interlocutory Appeals
☐ Sentence imposed:

☐ Ball status:

**Civil Matter**

☒ Order (specify):
**1. ORDER ADOPTING MAGISTRATE REPORT ENTERED SEPTEMBER 15, 2015**

☒ Judgment (specify):
**2. FINAL JUDGMENT ENTERED SEPTEMBER 17, 2015**

☒ Other (specify):
**3. ORDER ADOPTING AUGUST 27, 2015 RECOMMENDATION OF MAGISTRATE JUDGE, DISMISSING ALL PLAINTIFFS, DENYING DEFENDANT WELLS FARGO'S; 4. MOTION TO DISMISS AS MOOT, AND TERMINATING CASE Entered on 9/15/2015; 5. MINUTES ORDER ENTERED ON 7/21/2015 BY MAGISTRATE JUDGE MICHAEL WATANABE 6. MINUTES ORDER;ORDERS ENTERED ON JULY 22, 2015 BY MAGISTRATE JUDGE MICHAEL WATANABE; ALL ORDERS ISSUED BY MAGISTRATE**

Imposed or Filed on ___09/15/2015___   Entered on the docket in this action on ___09/17/2015___

A copy of said Judgment or order is attached hereto.

October 08, 2015                   *Matthew Dane Haynie  Chai Misty Le*
_____          *Alfred McZeal  Nhut Huy Le  Lofton Ryan Burris*
Date                               Signature
                                   ☒ Appellant/ProSe   ☐ Counsel for Appellant   ☐ Deputy Clerk

Note: The Notice of Appeal shall contain the names of all parties to the judgment or order and the names and addresses of the attorneys for each party. Also, if not electronically filed in a criminal case, the Clerk shall be furnished a sufficient number of copies of the Notice of Appeal to permit prompt compliance with the service requirements of FRAP 3(d).

A-2 (01/07)                                                    NOTICE OF APPEAL

## PARTIES TO THE ORDER/JUDGMENT

2. The names of all parties to the judgment, order, or decree appealed from and the names, addresses, telephone, and fax numbers of their respective attorneys are as follows *(print or type names, addresses, telephone, and fax numbers):*

**FOR THE PLAINTIFF(S)**
ALFRED MCZEAL
633 WEST FIFTH ST,
26TH & 28TH FLOORS
LOS ANGELES, CA. 90071


MATTHEW DANE HAYNIE
575 28 1/2 RD, SUITE #42
GRAND JUNCTION CO 81501


CHAI MISTY LE
422 ELDRIDGE AVENUE EAST
MAPLEWOOD, MINNESOTA 55117


NHUT HUY LE
422 ELDRIDGE AVENUE EAST
MAPLEWOOD, MINNESOTA 55117


LOFTON RYAN BURRIS
439 East 246th Place
Carson, Ca. 90745-6534

**FOR DEFENDANT(S)**
Bruce A. Featherstone
Featherstone DeSisto, LLC
1430 Wynkoop Street Suite 201
Denver, CO 80202

Rachel Rose Mentz
Ballard Spahr, LLP-Denver
1225 Seventeenth Street Suite 2300
Denver, CO 80202-5596

Neal J.G. McConomy
Snell & Wilmer, LLP-Denver
1200 17th Street
One Tabor Center  Suite 1900
Denver, CO 80202

Elissa Diane Miller
SulmeyerKupetz
333 South Hope Street  35th Floor
Los Angeles, CA 90071

Cynthia Dawn Lowery-Graber   Bryan Cave LLP-Denver  1700 Lincoln Street
Suite 4100
Denver, CO 80203-4541

Matthew A. Morr
Ballard Spahr, LLP-Denver
1225 Seventeenth Street  Suite 2300
Denver, CO 80202-5596

Allison L. Biles
Snell & Wilmer, LLP-Denver
1200 17th Street  One Tabor Center
Suite 1900
Denver, CO 80202

Christopher Patrick Carrington
Foster Graham Milstein & Calisher, LLP
360 South Garfield Street
6th Floor
Denver, CO 80209

## PROOF OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument entitled:

## NOTICE OF APPEAL BY:
### ALFRED MCZEAL, MATTHEW D. HAYNIE, NHUT H. LE, CHAI M LE, LOFTON RYAN BURRIS

has been forwarded to all counsel of record, and parties, by depositing a true and correct copy of the same on the date and manner indicated below, to wit:

| | |
|---|---|
| Bruce A. Featherstone<br>Featherstone DeSisto, LLC<br>1430 Wynkoop Street Suite 201<br>Denver, CO 80202 | Rachel Rose Mentz<br>Ballard Spahr, LLP-Denver<br>1225 Seventeenth Street Suite 2300<br>Denver, CO 80202-5596 |
| Neal J.G. McConomy<br>Snell & Wilmer, LLP-Denver<br>1200 17th Street<br>One Tabor Center  Suite 1900<br>Denver, CO 80202 | Elissa Diane Miller<br>SulmeyerKupetz<br>333 South Hope Street  35th Floor<br>Los Angeles, CA 90071 |
| Cynthia Dawn Lowery-Graber  Bryan Cave LLP-Denver  1700 Lincoln Street<br>Suite 4100<br>Denver, CO 80203-4541 | Matthew A. Morr<br>Ballard Spahr, LLP-Denver<br>1225 Seventeenth Street  Suite 2300<br>Denver, CO 80202-5596 |
| Allison L. Biles<br>Snell & Wilmer, LLP-Denver<br>1200 17th Street  One Tabor Center<br>Suite 1900<br>Denver, CO 80202 | Christopher Patrick Carrington<br>Foster Graham Milstein & Calisher, LLP<br>360 South Garfield Street<br>6th Floor<br>Denver, CO 80209 |

**DELIVERED VIA:**
- [✓] U.S. First Class Mail
- [ ] U.S. Express Mail
- [ ] Certified Mail/RRR
- [ ] Hand Delivered
- [ ] Via Fax# _____
- [✓] Via Email:_____

_Alfred McZeal_
ALFRED MCZEAL

Dated: October 09, 2015

PROOF OF SERVICE